# UNITED STATES DISTRICT COURT

for the

Southern District of MS

Western Division



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JUL -5 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| My machines that talk back to you | ) |
| Robert L. Martin | ) |
| _____ | ) |
| Plaintiff(s) | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| Computer smart smell and tell | ) |
| IBM Watson and other that talk | ) |
| Defendant(s) | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No. 5:18-CV-73-DCB-MTP

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert L. Martin |
| Street Address | 3995 McClain Road |
| City and County | Liberty, Mississippi Amite |
| State and Zip Code | Miss. 39645 |
| Telephone Number | 601-807-0628 |
| E-mail Address | My Daughter Sweet Ro@yahoo.com |

I Like for my app to be Black and white mirror.com

#### B. The Defendant(s)

Voice book) E-mail Address MLWells79@yahoo.com
Send to both E-mail address

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Voice book All my machines that talk back to you and me
I Robert Lee Martin Claim the Patent First Name Invantor
In this court case. IBM will be the defendant

Watson

Defendant No. 1

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Talking machines watson
IBM Corporate Headquarters
IBM Watson AI for Smarter Business
Yorktown Heights
Armonk, NY    USA
            170 Countries
914 765-1900

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Talking machines Watson
IBM Software and Systems
International Business Machines
IBM about IBM - United States
US

914 766-1900

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Computer Smart Smell and tell
IBM baton rouge
Java application Developer Specialist
100 North St Baton
Rouge, United States
LA 70802
1-800-426-4968

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Author House
Publishing Company Book
1663
Bloomington IN
47403
1 888 519 5121] 877-575-5989
media @ authorhouse.com

Author House need to add the other paper are writing in the
Face Looking company for Robert Martin book people
people book voice book mirror chip

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. my right to be paid under the Constitution For my Patent to the talk and tell watson all participants (applicant applicant's representative, PTO personnel) United States patent And Trademark Offic Department of Commerc Commissioner for Patents In my Copy in 2006 I File For a Patent For a Computer Smart Smican fell and talking device are machines

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Robert L. Martin , is a citizen of the State of *(name)* Mississippi .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* I B M Watson , is a citizen of the State of *(name)* Armonk, NY Headquart . Or is a citizen of *(foreign nation)* I think you will put this all over the world

b.   If the defendant is a corporation

The defendant, *(name)* **IBM Watson and AI**, is incorporated under
the laws of the State of *(name)* **New York, NY**, and has its
principal place of business in the State of *(name)* **Armonk, NY**.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)* **all the talking machines that's
talk back and know the words I am complaint I never got my
are the defendant   the one that are used in the talking machines**

3.   ~~The~~ Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**If I am the First Name Inventoh I think the Court will give
me my patent number and then I can sale it to IBM are
I can keep it. They will owes more that a million-dollar
This is IBM that we are claims that need to come clean.
and the USA**

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**united states patent and trademark office hold the application no.
14/475,553 for Robert L Martin determined allowable you may be eligible
to benefit from the patent prosecution Highway program. A talking
and smelling and telling machines was my ideal IBM build
it and I have a part in the patent are the money my smart are
benging used by companies and they are getting paid for my ideal give
me some of my ideal money.**

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages. **I ask the us to help me build the computer smart smell
and tell talking computer but there was no help with money for me to
build it. I claim the right to any talking are smell and tell the
first time it has been wrote and build, I wrote the talking device
on paper and IBM as I say they build I would have build it to
if I could have get the money from grant are other.
So some one need to pay me Robert Martin for my technology
my smart claim your money or my money make IBM pay me,**

I Lost money in this case to Preauth Comphetion/ Patent Lawyer USA $3,500 The Petition was Dismissed are abandoned no Revival for Application no 14/475.553 400.00 and to the Lu CA D'OTTONe Phone 305 975 0897) Ideal deSign Studio(IDS)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-3-2018

Signature of Plaintiff _Robert S. Martin_

Printed Name of Plaintiff _Robert L Martin_

### B. For Attorneys   I call ID 1120999 E EOC they gave this

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

# Recycle the World Time

Things go around and around. As they say, time is in a cycle and does not turn back but rather it turns you old. Can it turn you new again or make you young in life? I have never seen an old man turn back into a baby. What happened to the baby that was in the old man? I said its hiding in the life of man and it will come back to the baby. Who said that? A man can only be a baby once in his life. Well who are a human is the body in the human part or man? You will never see in the world time, only one time when you are born. But can I be recycled in the world, anything are in abled well fine it. I think I see a face in the moon I has said.

I never stop talking about death. If you look hard you may see darkness walking across the road looking for something to eat. Death always has to eat. Man, woman, and animals are flesh. Why do they eat? We eat to stay alive. How did that make the make the thing that hold on to the earth and been here for a long time? People say we are made from dirt, but I think they are wrong. I think we are made from darkness because darkness holds onto me all the time. No, not because I am black. You see your shadow every where you go except at night in darkness. At that point you can not see me or my shadow. How can you recycle time? Time never goes backwards so how can it be that I will stay the same age in my own time. A baby man knows a baby old man. You're only a baby once.

What kill me out the world is some say death and some say sickness or that he had a heart attack and died. But I say takes out the earth and carry you to the world. The world came here to tell you his or her story. The story that you see what its doing. It holds all the things that show and tell you the leaver what it knows. Its leaver will tell who tell the world. No the will be the leaver. The world is the leaver that I come to see how some of the world works. Is work even the right word to use? I see things that change. I know that's right because it happens right before my eyes.

I can have a lot to write about the world. Do you hear what the word of the world told you? Men don't ask me what the world told me. Why can't you tell what the world word told you and me? I sent the air to live and keep you cool and sent the Earth so you can live on Earth. I sent the water so you have a drink. I sent the trees to eat from. I sent all things. I thought you were all things in one world. Where did you get these things from? The world or the Earth is all things. Who am I? Who am I to come and go, though the time that I stay in here am I here or where are we? Are we in time or in air or in the here and will leave here.

That word here leaves me to think very hard. Leaving. What are you talking about leaving? You do not know what leaving is. The leaver in the world word. I have to think about that one I never thought about it like that. Well coming I though was the leaver beside God.

Which one will you be with, coming to leave or leaving to come here? And when you get to come to leave from where the world is Earth word.

The next biggest trend, my phone talks to your phone. This lets robot to robot tell me the best you have. I am telling you that I have 2 robot talking computerized devices. There have never been 2 robots that talk to each other. This is the first time you will see 2 talking robots that understand each other. You build me a male and female or 2 males or 2 females that talk and know the meaning of what the other is saying. The words mean something. You heard it here first, or least you read it here first.

Don't try to take this idea and run away with it claiming it as your own. You would be so wrong if you did that and you will not come out clean. But if you stay clean you will smell so good. I am trying to smell money. I know it smells good in your hands. You have it in your hands to smell. Let me get some out of your hands then I can smell it. I can smell like money too. Don't tell the world you did this, but instead tell them that you helped to do this. Everyone is watching and listening. To the ones that know came on earth and more to come build the mind that makes things easy. Hey I thought of this life of living. Which one are you? Are you both of them? Man life living in me is living. Living in life maybe I have it the wrong way but life is good there is nothing wrong with thinking about things or some word. The computer that talks to me it has no knowledge when I am gone, I am gone to stay. There's no knowledge for me to say When I am gone away.

Does the rain recycle itself? And come back the same way the first time. I think it rain harder sometime. Is it heavy weight than the first time or the second time? Just a thought. I s the sun the same hot as the first time or is the moon as cool as it is the first time? I keep coming up with times all the time. What did the world tell you? I will be with you everyday. Who hear that? You see it too. Here I am the man that the world came to. It came to me and asks me to come in here and find out about the place where no man had came before. When I came I have to learn the world words of man and the way the world wants me to be. The world has to have mankind here so he or she asks to make all things in hold. We live in a hold and we can not get out of this hold that you call heaven. There is no way out. I came but can not get out. I am the only man in the hole.

What about outside the hole or zero? Why did you call the world zero? Because to me, it's a circle made round. Can you find another man outside heaven peeking in or trying to get in the world zero? What is that man's name? What does he look like? Does he have more hands than I do? Does he have more legs than I do? What are the differences if there is another man or woman out there on the other side of heaven? A man that thinks like word of the world. The majority of my life was what? Breathing all the time was number one, looking was number two, and I would say number three is thinking. Numbers are everything and on and on.

So you dream you and I was out the world, wake up you was some were in that hole that heaven keep you in when I was sleep. Where did that woman come from? If you a man you know what I am talking about in that dream. That is why I said what the other woman or man look like in and out that dream. Seem to me there is another place. I have picture in my mind but I can not show it to you. If I can not show to you, maybe you can show it to me out of your mind. Leaving to go somewhere in what you are leaving in smell to go back to smell who are smell for me to return me back to him are her. I came to smell. I am smelling good or bad. So the bad smell is not good for you and me. Hey talk for yourself.

Smell is what keeps me living for a few years and I am good with smell. Bad is good with you and with me. Stop playing bro I am trying get to the bottom of this. No you do not want to go there. The best is to stay on top were all the good smelling air is in the top not the bottom. Now I can not tell you what to do about your bad smell. You have your own things going on. You smell yours everyday but it is not so bad but you are on top and I never can smell me on the bottom. I will never try to a man p came on and never go off when he is losing blood from his body all the time. I did not a man will like a woman down there. It would happen. You want to know everything. No I just like finding thing that make sense in the word in a since

How many things have sense? Does the ground or air or water have sense? What do you think that makes scent to you? Besides humans and animals think. Number eat all the number are keep all the number together. Can the world hold all my data that I bring to the advertisers world and my writing for you to know me and my mind and know other that know this. Like the one that came to put me in the book to know and tell you what you do not know about but you think you me but will I ever know me before and after I made some or the us the smarties to come in the world on earth.

Stop and think for yourself not for me. Just read and built for the world will come to see the thing that I put on together on paper and iron and see my work in your mind. But you put it there from learning. I do not want to take all of your time but I will tell you about my name Trebor. This name means so much to me and my people. Why are you telling me this about your name? To tell you about this device that I put on paper was a computer smart smell and tell and talking device that will identify and discover. This is what we have needed for a long time ago. My device will find all the meaning to finding discovery. My device did not discover nature but discovery itself with help along with help. This device did not undiscovered, it over discover more and more technology.

Let me brag about how well a job that came from me. Let me tell you what I am doing with one device or learning what you put in the mind of that device and it's keeping up with the technology reading and talking when you ask it something. That is a beautiful talking device. You said Watson was its name. Hey lets put Watson and Trebor together to know each other

and talking to one another so that will be two devices I put together but not as one as two devices understanding what the other car that is driving itself or whatever the case may be. Learning the world new thing that comes through the mind of man or machine. I was the biggest thinking man on earth and this is not the machine that is writing or typing or talking or not as of yet. This is me writing and telling my talking about a mind. That a machine has a mind to think something through. The man on the other side of heaven here, he or she is in a device they know will respond to you and another device. So smart to be able to know that two devices will know each other. It's talking to the device and tells the device what to do and not to do. Why are you trying to hold my work back? Get out of my way and see me work my way to the ways of things to come show the world how it came to smart man. What are smart? Just the way things work.

I'm not saying this in a mean way but the way I'm looking at it is the way it is. It may seem like this smart device will always come and get better and they age and learn more about the world in the world that go through the device of learning. You have a lot of device or phone but one phone do not know the other phone is talking to my phone. Trebor will talk to you and your phone. It will talk to you first and can ask your phone something that makes sense. When driving a car it can tell the phone stop do not hit a human. If one phone did not see them and the other computer phone may see them and have a communication. Didn't you just learn something off my paper? Stop copying off my paper and get your own. You have more education than I did. What happened, shoot shoot shoot! Don't tell me to shut up. I am not ready to go to heaven and find no other.

I know, I know, I know. Can you learn more to come with the one that is not gone building ways to keep up with the world? This is the way a black man thinks. His knowledge for the book and the world that know the world always know you are bringing hi-tech for thinking and learning. Just the way it is coming from the world word and the way knowledge put it together or reading will let you tell something. But not all things keep up with the world. You are not running fast enough on my feet. You would not know if I told you that the world move. The earth moves, I feel it when it happens. I see it when it happens. I have to give IBM some of the great mind that list when I email them the computer smart smell and tell and talking computer robot. So I am telling IBM again to make the version of virgin or the female that match the male and the will understand more together. Can that be?

•    The best new to see and hear so no one put the smell phone out in the world so I can. See if I had my way with money it would have been built and here for people to know about. This is not a hiding place. I am bringing all kind of my way to you to see and build. It seem to me you can not see this because I am the truth that know what to tell and it will know how to bring

talking form one to show the other in the world. Go forward with power of telling and they will learn what the world comes to do for the earth.

I am thankful for my knowledge. It was never stolen from my way of thinking. How can I get in your mind and steal your way of thinking? Is there a way? Yes, I will get you to tell me what you know. Hey why are you looking anymore? You said you were a smart man so what do you need me for? Because you come to the world with me and I can think close like but not exactly like you. Two minds that think are here, not in man mind but in the robot world to come. Stop trying to hold on to me for your mind, try to get me out. Yes, out in the world or mind. How many are you trying to build? Only two, which understand talking, thinking, and knowledge. First time talking, thinking, knowledge has in a device or would I say two devices. Boy you do not understand what these devices are saying. No not yet but you will when the other one wake up and start talking. Don't give me all the credit, but give me some of the money for my people. They are waiting to see what will be in there because I am tired of writing.

But I can go on and on. In my life as a boy my grandfather had some mules pulling a log and one mule went in the ground and the mule had to be helped up out the ground. This is all in the way it is. Say your brain is not too big for all this paper, hook two phones up to talk to each other and not repeat the same words at the same time. One asks questions and the other one knows the answer to the questions that are being asked. All know what the other phonies doing. Exchange the way moving work. Words are moving your mind to the other word. Will tell the way it works form one to the other. Some of this moving is a human and some is a device.

How do you exchange your thinking to a device that will think like a human, or so close like a human talking? I do not know the pound or weight of two robots and how many words they will know in a time or talking or learning to talk to the robot or when to stop talking. All of that will be worked out in the time to see what it knows. Its happening now because I am telling you it will happen. The thing that was too smart to come here but I made it tell me what did not come here. Power to keep telling you all the time you are trying to come and stay. It's a thought. Power of telling and we are listening for what? Stop playing, what are you listening for? Everything that tell the sound to come out. Man you are talking to the robot telling you what to do. Which one of the robots telling you, the female or the male? I say there are three of you talking. No there are more people that can talk. I'm not talking about but two robots and me on this subject about making things talk like me.

When you die you will stop talking. Then people will say he will shut up now won't he? Yes but that thing that is called a computer smart smell and tell the face looking word company robot male and female will live here for years to come. And I said it first. First you need to it last for knowledge to know its here for a reason for action or of being active one. The machine is

not in action now this is why the knowledge is talking to you saying build another one just about like the other one.

My reason for coming here is to tell the world about the world that turns me into a human. How did you say that happened? I did not say how it happened. I said I think it happened like some of the things I had said. Only you tell me how you seen it happen. You say the same words over and over all the time. Yes maybe it makes sense what these words are saying to you. Well you need to find some new words to tell you what you want. What new words? All the words are already here. What new words will help you know something or do something? I'm waiting on the new words so I can add them to this writing. You're a smart ass! No I just find and discover that. I'm not a smart ass or a dumb ass. I'm an ass it is. Maybe I am telling too much to you and will use that to find and discover you all who you are one at a time. What do you mean one at a time? The clock moves one at a time, that is how wash over you and me time.

Its time to talk, time to see, time to hear, time to die, time to live, time to leave, time to eat, time to call, time to play, time to work, time in. time do not give time away to no one. Time is on your side for a long time, this is not new. What are you saying? Some are new. You find the old and I will keep the new come. Are you in that one at a time or are you in time or out of time. What time is it all the time? Go find you something or else to do and stop writing for people to read. If you do not write they will not know. Words are the way they are use to, come on ole' boy. Who are you calling ole' boy? It's just a word. No it's a baby first; no it's a word first. Go set down somewhere with all this. You do not like writing; well you find another way to write it then. Do you know another way to write it? What way can you tell this what to do? Consolidation lifestyle the strongest word or words that know me.

How did you get so smart or where? I do not know. Maybe from telling you that smart is in me. Where at, your hands, your feet your head? You think that your brain, your clothes that you wear clean clothes makes you smart? Or the teacher or the world makes you smart? Hold on where did smart get me from? From smart telling or telling smart. I got it from you dig? I don't know it to me and I use it in my way or words. That you can put things together and make do things that has never been done. Have you ever lost smart? No smart will lose you. Why can't you keep up with smart and lose it again? Go tell some other that because smart come in and go out to tell where you are at. It will never leave me. Do not delete me.

Say can I put weight in a camera that take a picture of me and know and know how much I weigh or a truck weigh? This is a new picture weight camera telling you how much things weigh. How can you do that? I never sat down and drew it out. Take an empty truck and use that weight and take a picture of a loaded truck that has a load of wood on it. Think how to build it together. We can scan your truck for the weight with the phone picture camera for your

scales and tickets for DOT or whatever the case may be. Say you will not need weight scales to cross over no more. New tech is here when I build it. Why did you write all of this? It was too much for me to hold so I had to let it out and can not put it back where it came from. I got it good. You need to know. Well did I write this book right? You right. Then man mad a lot of things happen in the world he build all kinds of things in his time so smart was here a long time ago but it is still moving time ago.

Where did A go? To me and it start work for me. That is where I start my A B C D E find earth and kept it for itself. The dictionary holds all the words or are some left out of the dictionary. You said where did the A go to. It went to all the things in the place. B is meaning these things came from the place they was at to earth. People say God does not have a wife. How do they know? Where is their proof and their true evidence? Do not argue with things we do not know. Have we been learning the things the wrong way? You don't know, say you don't know and learn about more to come. From you telling me what you can find. Did the world leave anything out the world? Give me the information and do not talk about other information your research.

I know where the problem is, you believe in other that will tell you anything. You have a mind to help you think. Is the world wrong for showing you all of this? A matter of regarded as unwelcome. I will welcome them. Don't be fooled. Have a clean mind. Do not be puzzled in your time and place here. This means something is happening and we do not know it all, only God. The world sent a pair of everything in twos. Things came here for you know and see. You don't know a lot but you can see what I do in the book of time. I finish the book that came here with me. Finishbook.com with www.@words up next to robot.

One robot said to the other robot we has to work together so we will not run into you Watson and I robot will have a sense to stop or talk to the other car. The light is on red and I stop on red and you can go on green. The robot has to tell or talk to each other to stay accident free. One has to know what the other one is doing and I think it will be better. I think learning the was the have control or earth learning. Also it will be the knowledge common sense not common errors in English words. You need them in the context but know when the different contexts are needed.

What I'm saying is correct phrase is right for the learning of a robot computer smart smell and telling and talking. She thinks to keep me safe there are them that will swear to anything. This is not about swear, this is about a robot getting right so it will be right, hoping that accident can be cleaned up with all things that are in us. We went to the unknown origin but became known. Make object expressed or understood and accept automatically from to reflect the usage of the word use in a day to come. I'm trying to see robot accomplishing or achieving their dream. The biggest thing that ever happen.

Did you see two? Did you hear me when I said thank you? This human did not say anything back to me. The communication need to be more understandable in the exchange of talking language. If I say thank you to my phone, it will not say you're welcome. You can only ask you robot something. Mine can ask you something and the other robot. This is the way it should be. You did not put my talking device in none of my work I sent to you. You left out my computer that talks. Its no where in my patents.

Only thing you are saying since it mainly relies on smell recognition techniques additionally the device is equipped with a wide variety of means of identity recognition, other than the olfactory sense the abstract did not tell all the computer smart smell and tell system. I brought it to your attention. This is very important to the smell and tell, do not take this away from all that was told to you. Put it in the rightful place. All of this comes as one package. This is three things; a robot computer, a computer smart smell and tell device, and a robot IPhone that will know the robot computer and the robot IPhone will know the robot computer and what it tells. Each smell and tell will know. You build all my work and see in the days to come. My money is too short to build all of these devices but you have my back so you have wrapped up or you in my pocket give me my knowledge back and we will be even flat and smooth.

with you're a thought can come to you is the dream of sleep as big as the dream of mind I will tell you something I left on Sunday and stayed for three days and come back on Sunday how can you do that just a thought what does you mean about hear smart hear you say hear will always be hear who is smart I think death is smart death make living people work for it and will not pay them no money no thank you no anything for there working to help death and I can no stop working for this thing death is too smart for me can you stop when I die some will come get and clean me up so I am working for him just all the way try to work for life know one never told were death start from in the ground it must have a way to hitch hike are travel I did not know death can move but I see move it move and go get somebody the begin word came in the world you will never learn it so smart can you learn a new way to eat smell your food you has to have some good noses to get full off smell I add 1 and 0 so I will use 1 for good and 0 for 0 win I had said thank to the number ten before 0 win will hold you were ever you go they never lose time you can never stop stops that is the only way death will stop time is death will stop time is death and time never have a change to stop and go back look for thing that is lost you came in earth through one 1 are the other 0 homemade 0 win hold that thing that in my panties Is a flag pole because it flag down lady and ask them for a ride the 1 went the 0 and you put you and them together no I did not put them together they know what they did to be together I will never try to see why they are asking why you come not me so when they came together that became a 10 no one can do it any better than that they have ten that you put on house but it is not like what I am talking about when they made something together win air house and all kind are thing I will never go off number 11one is life and one is death came to us the world told you a story and you are living the moving story he gave to me and the one that know his I the way that I see the thing in mind I am not talking about god people I am talking about people peoples only the book stand along with Tina Harris??? We think all they done to the word of world you know knowledge in your mind words being using us in becoming forward move here word starting thinking words that was you that's making of a man and a lady god face looking words company words company people are leaving here and not telling me where they are going you are made out of word I came to stop this is not the end it is just this to stop somewhere word is me the world holds me also in word man are women in here but holds you out the world win into the right place we see that you are enjoying this reading new win mean new earth world 0 win mean in I went together win mean world in

# THE FIRST BORN GOD ARE THE FIRST ONLY GOD WIFE

The begin Robert walk around the world and came her to tell his part that he know from the world that think for what it does and say to the thing that know what the world told it what to do. It has to be thinking also what the world will tell these thing to do. The world thinks. To think is this to world thinking for each other. Why do the world think for the other world? So you can be a part of the thing that make it happy in the world earth. First born air smell good are bad. A man said hey O big fat short Robert. He was a good man in the living world. I do not talk about people in my book because they have their own ways of writing and talking. Where did the stink go and the good smell came to live here for some years to come. Did you ever ask the world how did it come here or how did it do that. Hey we don't know. Hey hackers can steal but hackers can not know how to steal from your smell or your smeller chip. Did first look come from the face looking company. First born air smell thing that was coming together before facebook. There was, to phone, put on a gun for picture and download the way thing was happy in real time. Maybe I am, wrong but the to phone hold information and you can see what was on the phone message when some one did something book message are word message for books or phone. The Face Looking Company something came through this company and left out in the air.

## FIRST LOOK

The Face Looking Company does not tell anybody to do nothing. For this book only read and you may understand some of the words. It's put together to see what can come out the meaning of together with words and numbers. This book may not help you find God or me, but it helps me read and see things that I have not seen before or that is not. It makes me hear thing that I never heard before. Words that learn you to know about Face looking was first born in the now time are our life. First born word. First born earth. First born world. First to build that thing you are reading. I'm the first one that tells about thing to become built. I claim the to picture in the to phone. I claim the download of one phone to the other phone. I claim smell and tell what every the case may be. I claim the talking that the phone tells you when you ask the phone a word. I claim the other talking phone that do not know the now but there will be another phone that talk to that phone that you ask about a word. The other phone will ask that phone something word and we hope that to talking understand the other phone and the word they know. We are building more smarter talking and learning my phone to ask our phone to help look out for our safe to phone that know how the other words. Our phone and my technology that I wrote and put in the computer. My story of technology put talk to tell the processes what to do. I am the one or the science of the application or talking device. We will make another application device talking.

We told you in the book and on paper date and nation of First publication, 4-2-2006 and effective date of registration 12-29-2006. Camera Pistal Camera Pictrue Form VA Reg VA 1-405-717. The Camera picture is the one picture is the one that you put in your phone. The camera pistal will take the picture and shoot the what ever. It shoot the camera will record what happy and download. It to where ever it need to be the face on my phone and your text. Register of copyrights United States of America for Robert certificate of Registration. So my message picture my smell and tell and my talking computer voice and we are tell you about another voice computer examples of to get to know each other in English. Computer smart need to get to know each other. We will learn more and better to know- each -other" or knowing each-other" english one voice all ready talk and the other has to grow to know difference between giving answer and know what the other answer from the other voice but they know each other they need to interview questions and how to answer them right then. We will have just what we need to drive and the other will try to keep the answer right all the time for the one don't let the other go wrong. Will the computer be prepared for these questions and answers. Ask what on can he related to the voice in the next **waston**. Learn to this **waston** never been build make happy First Look.

The second coming of Waston Martin are here. To see the work that Waston Martin does as Waston and Waston Martin are Trebor that was what I had call Waston. But we will use Waston Martin and you have Waston with IBM. Hi Waston, hey Waston Martin. Do you know me. No Waston, I do not know you as of yet. How can we get to know you and you know me. You can change your name to Waston Martin Trebor then we will be the same name. Well you has to find another name. Well I will be the Lady Waston and you the man Waston. That sound a lot better. So we will get married. Are we married. We have the same last name. Waston. No not yet, but it come happy. I will wait and see how you will work with me and then we can say we are married. Hold on Waston, you do not own your own self. I have to give you a way for you to get married and she is too young. For your Waston, she need to grow some more and then you will know just how she work and then you all can work together and be able to keep up with the man Waston and the man Waston can keep up with lady Waston. I will keep up with them also. Say you all are trying to look over the Martin Waston. He will be the one that tells you what a good job you are doing. Maybe not Waston. It can be some one else that thinks like Waston First Look

First look at my phone that has to picture in it. I has told are talk about First Look at Smell and Tell and the first look at the Computer talking. First was you looking at first yes because I came with it look for it to come to your phone. Also have you ever seen first look. This is an application we will take a close look at for people to put some of their history in and letting you read them on first look in your book. Coming from the face looking company are face looking application. I think we will use the Face Looking app to find what you need on your phone. May be not just one of my ideal I look first at when I knew what is was looking at. What were you looking thing what that was the world was looking at what you do. We will sell some of this thinking. Come on with some of your money and stop faking. This is real talk and talking are listing to what you had to say about what all thing you had said in life to come are ideal. All my ideal may not be enough you may need more and more. If you did not get enough to contact your mind for more because I think I talk too much. Maybe I said this before. Said what any one gets enough. Now he put all this in the way. It is guaranteed fulfilled product working service provide a formal to make one self right or freedom. People like to use the word Wright. I'm let that go by me no comment. My senses was gone at one time they say I was doing any thing but my senses came back to my mind as sharp as smart.

I has said facing First Look that is where some of my pictures come from. When I look first into the picture, I show me a picture of me. So a phone came from the picture that I had to picture on each phone and I got my to picture from the picture in the mirror----.
So I claim the picture in the mirror and a phone hold so of the mirror---that I look in and discover a camera picture from the mirror. Then I said every thing move in the world because when I move the picture move my mirror-picture add to a phone it is picture are look in the mirror and the mirror phone are take my picture now will this is the real way the ideal come through. Look in the way you see the mirror in your picture and the mirror look back at you. Just remember you did not see God or his wife and don't forget he did not see you neither. So the mirror is very smart to let you see how you look at yourself. They say the mirror tell a story about picture but it does not tell the story like it tell the phone is just like the mirror when I look in it. I see a picture or some reading and like I be talk in the mirror to myself are dancing in the mirror. I mic mini give me my talking or tell about my talking come out. You mic mini condenser mic your professional microphone. I'm just saying do not forget about my part in the phone chip only talking made my happy do not get it all pass some over here.

If you ask a microphone a question and it gives you any kind of answer, this is not yours, it belongs to property of computer, Smart Smell and Tell computer to talk. I keep trying to give you head up on the invention that tell device are machine that performing the talk that what you put in the microphone are in Waston to make it talk. I should not have to keep reminding the world about to talking that I know will work together the challenge would be knowing the meaning or the words that the other device said. Can I answer Waston and Waston tell me what to do and do not do or can Waston answer my question that I ask Waston. Hey we have to try and see who are smart. Waston are me who are me. I'm a device to be like Waston, but hope I am smarter. You can not be smart as Waston, because Waston was the first talking device. Maybe Waston can teach me to learn intelligent device thing that has super artificial intelligent. Is good in away but do not think the bad side there are no bad side to teaching the machine skillful research. The machine that would successfully perform any talking and answer three of us to machine and a human. If this machine can do this task, will be the intellectual task of the world. Maybe you are not ready for all of the knowledge come at you like this. You cannot handle the knowledge that the world bring to be heard. You will never stop the way the world grow. Its ways to tell everybody you know something about the come are time to come and you will go and find you way in the place of what you did in the way you die do not look for me.

Look for the way you thought you came to be a man from a kid. What was the part your body play a part in the kidman or the man kid. So you live like kid and die like a man and how you are looking for the kid again. I do not thing that will be the way it is. What way it will be the true that the kid die. How do you know that? The kid die when you was 10 years old. Why 10 years old. Because 11 is added to you so you can become a man. You start out at the one and you made it to one and to is call eleven meaning to me different from 1 to 10 but 11 does not make a man but it starts to see some change when you made it. 11 start changing you into the teen and the body change as well. That is not telling me anything about a man. Well just say amen or aman. Why say that man you are too hard on yourself and don't know what you are hearing. What did you say about me hearing how are hearing the kid that was inside of you. You said that kid died. What is he hearing? The man talking to him inside you. So I'm carrying something die in me. For these many years. Come out and talk to me about you inside me. You are too smart to die. Just want to stay inside me. How can I get you outside and let you run around when you was younger. Now I'm an old man. Turn me back to my younger kid stop talking like you know what to do about that situation.

A human cannot handle the true talking of a human. Why. Because you would say he wrong, but it came out his mind just like he said. It what ever he said in real time no bed time. So you have time to talk about what your few senses are telling you about what you said. It supposed be like you tell every thing that add up to be the same human that are in human that is what you told how to get human out human. I see sex but we know that is super nature. Keep looking for what you. In the true kind, you find the you in all these words that was told in the world of true who did you say you was. I don't know who I'm. You want me to tell you who you are. Can you do that. No I can not identify a in a place where you has to leave and you will come back. Or will not come back. No we was talking about handling the true. Where did I come from the world. A man brain do not know his senses of tell him the true but he is brain dead from the kid hood. So double meaning to pairs are twice are to meaning that I see in my ways to thinking about words has meaning. The double words forward you have all the meaning to all the words that you know about. But backwards and forward they has words also. So you do not have a meaning for the double words. I'm living backward word. You look over that way. What did you see? I did not see astray. I see meaning to pottop are top pot. How menny words are in the world like this. Spell backwards and mean that it know. So how can you handle God true and cannot tell the true. See the true. Hear the true. So is you the true. What are your meaning of the true human. The only thing own the world is the true.

I seen the King dream. I been some where in my dream and I did not know where I was at that time. So this is where I was before I came here. Did I go back to the same place and was talking to some people that I met in the place. Were something to ok me there and I was able to come back to my dream or come back to my mind to my life. I was not dead at that time. I do not think I was dead. I was living in a dream. I had a dream. You can kill the dreamer but you can not kill the dream and you cannot tell the dream you do not know how. Oh you are learning now and the some dream never come true, but some come to you. Do I have to name your dream for you to know I'm talking about you keeping mine to myself or for myself. Find your dream out your mind. I did not happy for you. Are it did happy. They say they dream was in their mind. How did it come out. You open your mouth. No maybe my nose. No maybe your ear. Who told you all of this. Sleeping did are sleeping dead. Are the sleeping life were was before you came here to this earth. I know you was not dead, because dead do not come to the earth. They are gone to the world.

Thing that being talking for you. How can you take something that is the mind a dreamer when it's going to be taking from me any way and going to be taking from you also. So here are the mind. I give it to you but your mind. I do not want it to blow a hole in your ear so you can hear. So you will hear are you won't hear. So you never hear what people say, but the king came through a M a device brought the speaking or a dead thing are machine never talk but it talk in the time are bean the world is too smart for you to stop it from making things happy all the time. Stop it you can only thing you can stop is people from their dream. A new dream that talk were did that come from. A man that live is a man that die. Did that come from were you was at first. King sent it here for me to tell you about the live in me. Sometime are with God all the time well how did you kill him then people are being ric in the ric my dream.

*A book that came to know what it's say. Looking to come and tell you what it is looking for things that we may not know. This book is looking for what happened. How did you miss this? Miss what? The book that tells you many things about how things are somethings work or can you fix it to make it work. This book need glasses to see itself work. I thought the book can not see itself with his;; and now you say it need to see itself works. Is this book with a mind are a head or mouth or eyes to see. Where are you going with this book. The way you are telling this book to do things I am not going no where with this book. This book is coming with me where and I'm going. I am trying to find some are the things that know how to find me and I cannot find it. This book did not tell you how to find nothing but it read things that you can know what are you trying to know my eyes. Can you see the moon that is a long way from earth. You have some powerful eyes to see that for how for do you think the moon is from the earth where I live. Millions of miles and I can see in the moon oh there is where the miss is in the moon. This is one man way of thinking death is our leader it commands in his organization that is what I see in my life that I live in here. It look real to me maybe there are not a word that will help the miss one from earth. I will not look forgot but you can if you like to leader. The leader is the one on earth and you can see for yourself. The leader living organization is real and we all can see what catch one give to the other. This book does not knowing built if you read this book you will know.*

- Are my reincarnation who knows the difference U say my name is Robert and what I wrote on paper is some of the things that know words. Is the one that knows me I am words I always thought my body knew me it did not work in my mind. When I wear puzzles to know the words on me what words on you only you know that computer smart smell and tell will tell will tell the identity it knows it discovery people smart thing comes into the world and know all kinds. First so put a talking device on paper that keeps up with talking to you and like me. I can tell things x side is an invention we put together we put so much together that we understands on paper and in my mind. Did you ask me what I wanted to who are you registration. I was thinking about a lot of things but the name or is sleep or dark. I am coming to get me death have my number the harbor death is when I such a hole in the ground and cover it up that is death. Death have my number the age of death is when I dug a hole in the ground and covered it up that is death. We said a woman has a hole with her is that death she carries around and then life comes f from it to. We will talk dark some say I am black if I was black like dark you would not see me. In would go and come like the dark does. So death live to eat people and stay fat off the things it eats. How you know death is fat or poor when a cat or dog talk to the other cats do love meaning the same thing as people. I think things has feeling people need eyes all the time and life animals can see without light at night. How can that be done they have something they eat or drink that makes them happy. I need for you to put they eyes in my head then I can see at night and need no light to see you do the earth love you forever. How can you make the earth tell you that which one it does it don't hate earth has the last say about what it will do to you. I thought death has the last words I am the word death does not talk it uses word what are you saying so the moon hold darkness but this does not say I came from darkness but to me I never died to come back as or yet that I know but the looks of things the moon holds some are my body content that are so close to me and the world air. Do the moon holds all life? For things that are dead service just look for yourself and see what you are looking for in the way of going through the earth and world are transverse definition time do not ever end how does death end in time no death end in me and send me back to the moon just a thought. I think I him to rest with my people who knows this the world win you came here or send here the world knew that thing dad put here for you to do here and then heaven can be the moon that gives you light and darkness it's like my eyes the sun does not shine at night moon shines to time day or night I cannot find the word to say how good is God to be able to seen in thing that he gives me to say about the heavens. Were we live life and treat likes you want to be treated from love that we know very little about yesterday you under. What you need to do for you to make you know the things that call you to know. What need to live be a part of time that never end you have a mind to get things that or things that comes from the store. But you cannot buy just be right all the time you up and grown and show yourself how to do it right or not or faced the righteousness this come under the words righteousness. Will make things come much easier than wrong things I talk too much well I let my inventions talk and tell you a story on its own way. I will be big in this earth when I am living and when I leave I will get lost in weight. I spell no backward and it's spells on just a thought that we recognize in knowledge and using in my life of living drunk and walk home one day they heard something in the graveyard the drunk man thought God and the devil was separated the dead one for you and one for me this is what he heard two men picking up pecans in that place and they was separated the pecans and they wanted talking about the one left by the fence the drunk man thought they was talking about him he ran and told the peoplethe bar room. What he

*had heard God and the devil was separated the dead and I was sitting by the fence . I thought they were talking about getting me but the man saw the two men picking up pecans the drunk man had it wrong can you tell.*

*Are laughs you know what to smell and want to see which one last the longest which one has never broken in. If I have to ask who are you in smell would you be the same in the to smell in life and in heaven if I have a change to ask my people something. What would you ask them to you have to keep the two in your mind do one know the other were about. The mind or other I thank the truth know always when the lie I am around the world hold all truth. If I do not know but you and the world knows you because the world built you and to know you better than you know yourself tell yours to the world or to God's world telling your lies. I have my own to try to give to someone I own something and it's true yes the world or many things grass tress air smell I know that I am the truth because I smell like what I smell like you how can you tell all these stories I have a good sense smell only hold all this together. If all noises man can see this world never make a lie no sense do not have a brain to se the real true what happen to no sense. I thought all things has sense you want it on one hand back and front of your hand. Which one are right and which are wrong? Just a reminder that the world changing things so we can stand and set and lay down we have only three ways to do this the fourth way. Who wants to know that way one darkness you only have one way to see it that is through the automatic world. I only see one way looking forward I can see two ways if someone is looking at the things they are telling about the oven smart time. The world has sense so do not try to find no sense for the world. Because it can be a good thing or a bad thing when two people are having sex and a baby comes here I think God blows air into life and life comes here or into his wife and she blows it into and life starts living. Can you take a picture in your dreams night and day see what in picture drama at that time it seems like it's true in that time zone. Can anybody keep that picture you cannot remember it to show it to other people recording dream in your mind or in your night so I think. I can see who I think I was talking to mind p11no and one was there you think who was there dream who at that time. Who are those people I am sleepy how can I do that the way something works only four things can stick out my body. Some people has less parts to stick out my feet my hand my tongue you tell the other lady stomach whatever the world tell you to do ever list at that time the world told me to stay here and get older I am trying to. Then will leave and go to the only place I know true automatic in you and the world automatic true is no lie. Can you tell the difference in the word that you live in can you see a lie in you or me with through my mouth moving earth world. I do not see a lie in a tree I think no can get something off a tree that is reincarnation did that tree tell us a lie what part you understand about reincarnation I said I will be reincarnation also which one tell you what to do my ears my mind and my thinking.*

*I cannot name everybody quiet only mines I have to leave my book here for talk it's to see can it find me when I am gone on to the call that bring me to moving and then I am just like a magician. I will not be in front of no audience only bone. I will be bone aging air I only need my bones again or something different to make quiet work. Aging my skin looks different from quiet living and disappear skin like a magician came and gotten my skin. Do the brain go the same way the skin go bring the skin to my brain. I know you did not say that you dead like the skin on my body. What did you do with the mind I sent it ahead to where it headed to. I don't want to ride with you this is not a situation this is a thought mean oneself know where to put himself when living tell the truth. Where are you at you has quiet in living to my quiet talking computer smart smell and tell and talking is my invention to be patent Robert who think like this. I will talk about more when I get my patent or sale my rights to my parts.*

*This book does not fit in other books because they does not has another room to hold all thus knowledge that this book carries around with it. So book your cannot fit in but your book had some knowledge from my words. This book was lost and you put it down. How it was lost you have to find the right way to write and tell **someone** how it goes. How do you know how it goes? This book let you see in your mind not only darkness but light that can read about read about words that goes together in a sense. When reading this book you will hear many things about fitting to stay in here. Listening, I am trying to find my way to a longer stay here so let me help you understand you said you are understands. I need to get from understand and just stand. The way I was thinking that your was lost it needs my words speak through a device and through my mouth. The machines that talks to to understand thing or the world words. I am looking to find out with that machines how a man and woman can live to be 150 years old. Learning a machines to think and know how to tell about human body parts. Once a machine can know about all the parts or a man organs in their body. The machines may have a chance to help prolong life it will know what it takes to keep you alive for more time on the world place.*

*end two ways to look at that do death have a twice that way. Look at we don't know about the way find out will you live forever you has to see out what makes you grow in your body. Then you may have a chance to live a long time maybe it will be call no more sleep which one or y iu looking for life time or all the time. I think that will be meaning are staying here how do you meant that no return to the earth. I do not need to be there I need to be in life always can not be there I just thought about if I was God. I could have gave You all the life you need to be here for a long time so you know the rest . I wish life that live at that place you was at before you came here on earth you was dead so you know the rest. I wish life that live at that place you was at before you came here in earth you was dead so you been dead before onetime. So you has to die again a two time death is death scary or death jumps out from your body. I looked at this as it one never dies reading my life and others are lost in life because they did not know the way of life talk to yourself and you look at things you figures out are lot if things. How do you see more to believe in time are I time everybody comes when there time is here or goes where they like when grow. I did not grow out my body my body time kept me the only body I ever knew . Do time holds the world are the world holds time as long as the world been here I never heard no one say or said the world has gotten bigger time keeps the world the same side you run time keeps up with you. I stop running and time moving on who his time running from my time or looking for lifetime your time is looking for what you can never change time. I am going to keep time away from you cannot keep time away from no one stay together time and the world. I love you just like you have it the world's first born family air knows more smart words on paper tell all that been put on paper say read my writing and thinking. What you think no time on the earth no more but in the ground no time in the ground. I think the world will not hide anything from do I need not need to know everything to go to heaven. If I don't learn all that are out there how these things work in the world more are out there for more to see or hear more for myself so on. The voice I am hearing you add more I borrow the world time for a few good days I reserved all the rights for my word because that is watch am God word not a man because I will leave but my words will be with me. This is what God gave to me to give to the place we are I do not do you have moving thinking in me time keeps living. I always look for some benefits that understands me. I hear the word old boy what happened to young boy I thought they grow young first and then becomes old later find you in my mind live goes but you can see when it comes. I live under smell I will follow smell or smell will follow me smell know you. Do you know you living in the world or smell is a good thing for future to come. Do you think I found all the things about is the smart things never seen in my life in your mind you cannot erase or wipe clean. If you see two things this book you take one out holds on how can you do that. When you did not write the book why we are just visitor in here I can not have the same living name and the same in the ground can you name this book it already has a name.*

*I think that I said when you read this book you will know you are saying that is not the truth. How can a book that you are reading it because you open the book to read. So your knowledge open the book your knowledge reading the book. This book knows you because the book on all the face looking word company. The book words talks about you, no the words does not talk. Well what do the words talk mean then. Don't to there with that what you are saying just keep reading and have fun with your learning and mind. Do not come to me with nothing because this book will never shut up because it been open and can tell all the words you be one that knows every word from talking. I said let it go on and on in his knowledge and you will know the way the way meaning are everything in its on turn. It's turn the knowledge back to you I see you learned how I work. The words are you this book will go on until you stop putting the way it is here a man told me I want to be God . What do so say to that but I will say this and I will be guessing and that us not good or right to guess but it came in my writing. That sunshine kill you and me it takes something from your body such as sweat from your body. It takes whatever it won't from your body if I say.*

*This book does not fit in other books because they does not has another room to hold all thus knowledge that this book carries around with it. So book your cannot fit in but your book had some knowledge from my words. This book was lost and you put it down. How it was lost you have to find the right way to write and tell* **someone** *how it goes. How do you know how it goes? This book let you see in your mind not only darkness but light that can read about read about words that goes together in a since. When reading this book you will hear many things about fiting to stay in here. List I am trying to find my way to a longer stay here so let me help you understand you said you are understands. I need to get from understand and just stand. The way I was thinking that your was lost it needs my words speak through a device and through my mouth. The machines that talks to to understand thing or the world words. I am looking to find out with that machines how a man and woman can live to be 150 years old. Learning a machines to think and know how to tell about human body parts. Once a machine can know about all the parts or a man organs in their body. The machines may have a chance to help prolong life it will know what it takes to keep you alive for more time on the world place.*

*Everything have a reasons to come and go through the time that came to me never been sleep. How can that be it never came to time never been sleep how can that be. It never came to it was already working here maybe where did. It came to at is this the thing that makes mistakes. These words are not true what words are not true time cane to. All are them cane from something the way they think . This book cannot catch anything but when you catch death this book will hold it whip out your hand. One page came to this book did you come out that dream what tecogy you a re looking for from I came too. Did you wake up is this the right technology for the world came too. What technology do you find start catch death who started catch death there are no win to catch that and hold. So it can not get away again start came here start came too what did you mean about start come to start was not sleep. That I know about you don't know about that about bringing something to someone my brain brought this to see. If you can do anything with the way these things go and comes in time it starting time to move you was not born to know these true had started up and never to be turned with your hand on or off. The only power of the world start moving these ways are ways start time by doing there ways or your ways. Everything has there on way are putting words the way they go the reasons. START FOLLOWING.*

*If you did not build it or have it in your mind. It is not your mind. It is not your take is that the only way you know how to take to build your rich off other people knowledge get your own and give mines back. What you think you did this book has facts. Looking at itself so clean that it can not see itself through his or her eyes. It only sees itself through the world I miss the dead I own my own number of pool to be played on paper sport football. THE BUGGEREST WIRD IS LEADER!!!*

L

*I do not want my picture on my money I just want in God we trust money in my pocket. You are not a poor pay just come to all visible are invisible thank to all so left s one out. I like to bank thus one in the side pocket hey look like someone always digging my pocket to pay some bills all the time. The time I'm here it's time for me to dug in somebody's bank are I can get in your pocket I am not that big only 210 pounds just put it in my hands. I will put it in my pocket put what in your pocket your money will go in my pocket no it wont it's too big well the bank will hold it for me. You are in living words in here the word live word breathing the word  world it sees the word to tell them what to do. You cannot say you don't know what do am talking about you need the word you cannot get around with thought the word that we put in the book on your earth. I wrote that word that is the reason white and black. I look at the moon and see black and white in that moon and black and white on earth the moon half is the moon be hold and then it goes and come. In a half moon is this a way the world people look different from other people. What do you see you see the moon another way I can see it just like it us the black was round in the moon and left and comes back. When the moon is full why it left no answer from me. Where did it go you  tell me then the wife shines came as a half if moon so where did the miss go to the moon. Look over the world and over you also that is why it comes to see your day and night look for yourself. That is the way God made it up. The moon works for you very hard for you to try to keep it right for all the good of God and me the moon has to keep the sunshine from burning you up. The moon is on your side because when I eat I can not eat anything that has been left in the sunshine too long. It will kill me or make me sick germs come up on you. If eaten that food will be bad for me and you. But the moon keep your food and you and me cool. It keeps it your food and meat in cold or cook just say it keep it stay cool. People asked what religion are you I said I am a child of God that have me the words to tell this. I said a book that nobody want to read. Why did you say nobody do not get it twisted all up. When I am dead and someone find his body how can a dead body going to say. I found his body how can a dead body read it can not ok which one holds the most part if your body the sunshine or the moon. I was pretty built not just me and you the face or a man and a lady is  built to look and see me and you together for what to do right yes but we did wrong who said we did wrong to come here I came to see that pretty lady are you a woman to help me to figure it out. Is that the reason you cone out here she cane to see me no you came to see what was going on down her yet  and then I came back and got you are you came on your on I can not tell it just right but just close to right as I can be figured. I figured you are fine to me 💕 you are getting fresh with me. Well how did it start then I am trying to rainbow you was unwrap from the peace that is miss. I think something was missing God made it all together. I do not see it all but it's out here for you to see what are you saying you need for yourself you k ow better than me. I am just using the pen to write my life I did not write your life write your own do not look for me to do your work for you. I don't know did I do a good job on my thanks to Willie Neal Martin for taking a chance with a man to bring me in here on earth.*

*What are you going to do with your knowledge huh bro let me put your knowledge in my book of your knowledge say we may come up with somethings when your knowledge and my knowledge knows one from the other become the book of knowledge from things that knows me. I rise like the sun and go down like the man I am thinking like the sun and my body I don't know but I think a lady to me looks like the moon in its on way. Why did you say that because the moon you see me or what do you see in that moon shadow. When you look in to that moon you see a different pictures in the moon all the time. The moon make a things that I can see are amazing like that lady look like the moon are cut in half s one people say the moon are wasting. I say the moon is shining to show you what it has in it the moon has all kinds of break in the commas rules or the world your mind help this book. It's s one things beginning on that makes a change everyday that is not on your book you put it in this book I need you to put all people know lease on people books. People that are smart y iu all are in my book the Face Looking My Company come with me and give it your best from all the great mind or the world is they for me. This book was unknown untitled I came to tell it.*

*I was talking to be left paying some bills and a man was talking to me when I told the lady Paying some bill and a man was talking to me when I told the lady are the ladies that was waiting on me. I had pay my bill and the man saying make by something I said I will buy your knowledge and you can show me how to make at my money back . He say I show you how to double. Your money back I say how he say it back .I went on buy my way the black can cover the moon as the black cloud come pass by the moon you can not see the clear moon at that particular time when a write cloud go across the moon you can see through the write cloud be able to see the moon shine then the sun know the moon and I think the moon know the way to stay away from the sum and the sun and the sun know how to stay away from the moon they know man and lady you do not know the sun and moon like they know you this is thing that know you do all the time and do it never forget know the world never forget about tomorrow is coming it not like me and you I will forget thing I need to do are use in that day are night time and at night are day I did not forget to put this book and at night are day I did not forget to put this book in your from mind to your you do not have this book will here. I am pass it to you take it and find some of the thing are moving from hereto here I came in the world with mother but I won't to have something to live for why I am living in earth I came here poor but I like to have some money why living in earth were are my money it must be hiding from me tell me were the hiding place at and I will go and get it before you get it back again did a man had to die to be on his money I never seen a live man on money*

*Beginning to ride a new unicycle how to ride a new unicycle is easy. The old way you used to ride a unicycle is no more. Learn the new way without hurting yourself the three wheel unicycle are you looking for a fast unicycle to ride here is one. To build the bike unicycle I will put a front wheel handlebars for to frames under a bike and weld it to a bike under the bike at the center parts of the bike and I will use thee back tire of the 26" tire and chain under the center of the bike and I can pedal the back tire under frame of the bike. This is the bike that is turned into unicycle motor unicycle or a pedal and chain so you have one bike with three wheels and you have a bike with one tire and rim on it made like the old unicycle but the new one tire and rim on it made like the old unicycle but the new one tire and rim have sprocket wheel. We are adding a sprocket wheel to a bike and it will have three wheels unicycle. The way I had to tell you about this bike so you can see what I am saying. If I build one bike and with three wheels and I can take the seat and the pedal and sprocket and chain and rear back tire and rim and tube and sprocket off the training unicycle bike half and put it back together as one training bike. Cut the bike from the unicycle and add the unicycle to the bike motor sprocket. Of I need the motor sprocket to drive itself.*

You said you would not look for that what will keep you from being missing. Well I always think about things that work in the world of man and woman. But I like to talk about words and numbers the leaders is one. The follow is number to and on and on I always have a problem we with words and numbers. What problems does you have with number. The number to, what are you saying about the number to. You are I have to look at that number very very, good I do not know what you see from numbers to but I see a lot of things that came to from that number to one started two. Wait hold up you said who came to so you are saying someone came from to or cane to life and came to. What are you looking for the world will never tell you all it knows because you will be smarter than the world. This is the smartest world I ever knew and I don't know it all. Did you add all it together to get what you need. What came to your mind? Life came from death or life came from life. The world tells me what I know I thought you told me what I know as a person but you did not tell me all of this, I came to. What inspired you to write a book? The world want you to know and learn things that or her has to give to the one that are looking to see in the mind of things that makes the world will not have to work so hard so you are the world helper. The kind of knowledge only exist in 2000 A.C. will you be inspired? Learning how the world ask you will never learn how the world ask tell that to someone else this thinking are different or reading. What happens to the one that didn't come to the world came to the beginning of his time.

Night does not make no sound but can feel day and night because they be hot and cold but you did not hear what they said. What did they say I thought I had already told you day told night get out the way I'm coming too. First born air that is what came first no I do not know what you are talking about. I am talking about someone's bring air here to and all things that we use on earth was here when I came here. I can tell you what I did hear you don't want to know what I bring to the world. I bring dark to the world and smart came with me to tell talk to listen to what it said talking has to be quiet and listen to quiet then quiet cannot tell what it does only if you smell my name backwards I can talk to quiet can you. I am a quiet book until you bring me to read who want to read your learning want to know your brain quiet does not have brains. Man you are confused I can think who can think quiet. Find the meaning of quiet it's no noise Trebor is not dead that's me my name is Robert spelled backwards Trebor hey I told quiet I live no you told talk I live so I found quiet in my body and I name it Trebor just as quiet as night and day.

*0*

*The world except everything it's never turned around or turned down anything always come to the world and foes not say no you cannot come in my world. That I know about all things come here. 2hst do you want are calling me to c ome somewhere I can not tell people. What I know they need to tell me what they know people have different ways they think of things in here . I pinched myself and I felt real to myself this his really happening that your mind put it on paper came from the word. You has to keep going under until you reach that point of no return you can keep book just return the knowledge so it will learn that. It is so much being talked about and we are in some of the things that no one on esrtth really know about because there are so much knowledge that was discovered in the way we used words. Really no where going over here and some other say they are going over there I know the world will suck you up into the appearance of the looking in disappeared off the face the earth. Where did you go I went to that place God company I thank God for waking me up and putting me to sleep and waking me up and again. Some people make sure they talk to God from talking I sat what do you say to enter your knowledge has to tell when you get there do not stutter because you prayed to your body to be clean in the heavenly place the world came to see you go there. What do you pray I prayed to live everyday on earth and in the world. I am following my life or live the first time came to the world. I would have to come back to the world or the earth I got put out.*

*If my machine know what makes me age it can have a way to stop aging. I would say but I like to tell is what we a 'll do tell somebody something. I have a tell and smell and talking about saying people on earth for some more thing to do on this place. My words knowledge machines computers smart smell and tell will tell you about how to talk on copy right paper. Robert Martin claim all computers talking phones speaking and talking device. I was the firs t one to tell the world that I had found a new idea in the line or mind that think like me. This is so close to a man and a lady that tell you things that you need to know. Now I see that do many companies done built some talking machines. Do I have to tell you more about other companies getting paid for their work and the have me on hold. But will be acknowledged for bringing the age upwards from a machine that knows me and you. When it learn all of your soul so so it is average in quality pronunciation translations and examples learn more of my languages speaking words English phone computer that tells your phone to keep my message until you ask for the information maybe as I tell you that this phone is my machine . We know how much heat it takes to keep my body long and hot my machine knowing it has to tell the message we are looking for justice from the world of talking and speaking and moving. Information thought you understood talking English language machines that has a mind to tell you something it know we are talking to a laws with patent lawyer USA about money or a patent to the idea that came first to the USA in American and the world. It knows you if you talk to him coming from list to found you did not know but I did. I found this to be in working and thinking I never was lost I found another me that just like me on one side. Oh yes I would like to talk or elaborate on my bicycle that I rides and built a four wheel bicycle with a motor on my bike and then I came to the town if Liberty, Ms. I can ride my bicycle two ways motor or pedal it. I was violated by the law of the town of Liberty and was band out of Liberty on a bicycle. The judge told the police to take my bicycle if they see me on the bicycle in Liberty, Ms  black people are tired of the judges and his police breaking the law for some and oat others on the back and I don't tryst this USA system we need a camera on all people in the law business then we all will know the law and what it stands for.*

*I am the smartest man in the world. Why did you say hey to the word so word talked back to you. Yes what did you picked out your mouth words. I thought you talked words I can say anything you has to talk for me words you speak for yourself. No I just sit and wait until you use me in your writing or talking words you does not has to wait on me go to someone that can help you move around the world. Where ever you are going words how are you dying and you run the whole world and you said you cannot say anything. How did you stop and I had to pick up and use words in things and places. It bee d to be in words tell all the story on the world it shakes all kinds if things without words. What would it be like you don't know nothing. That is like I am dumb who is dumb no word man you have words to make you have think make you have knowledge words does CU. Can you find the meaning of you wait CU. Is a word it's not me who word it CUS. Has it's own word I thought you have all the words I do not know how to explain all these words stop out to g pressure on me to explain all these words. My hands and words think alike in your mind.*

*One time I was talking to a lady II said I spent the night with you last night I didn't tell her where the night at. She said to me no you didn't stay with me last night then I said yes I did stay with you last night. She said not at my house I said I did not tell you at your house she said your wrong. I said it again thinking she will catch on to what I was saying. I was saying I stayed in the world with her last night so was that right what I said. I was in the world all night in her mind did not think about the world that we live incredible though building software that knows words. The identity and discovery words talking and smart smell and tell you things that I know.*

You told me to close my book it won't shut up. It seems like hot has it on mouth mind and do not know when the right command or code to stop or shut up. Who are you talking to yourself how can you talk to yourself. When there are the refrigerator to the house, the car, and the moon the s in and all the things around you are the that making the sound are they talking to that stranger. You are talking like that's who are talking like that what are they trying to tell me about shut up. The word stranger come from everywhere from the unknown outside looking in a difficult to understand if I explain itself am I relating to the things another origin not before a known sound are you your own boss. Do you really know who you are talking to out of sight well what about in sight on true out can be the true because the things we seen and do. The one true came to meet the world I came to meet the world you came to meet the word. How many are you are that's is three you just said the world needs itself. I came to meet the world for what yes I said that where did you come and meet the world at. You ask a dumb question give s dumb answer I don't have dumb anywhere I say is meeting on earth how can you say that and the world is the earth how can you separate them. Who are you talking about them words are separated to words mean the same thing no to words me and two words. Well will you bring me back to where I meet you are where we are meeting the next time. I'm trying to get a ride to the meeting place where I come from. When I come and meet the world my eyes open and I seen a lot of things with my eyes can you see what do you know that never c asme to the world. I said NEVER came to the world.

*My name is Robert and I claim this winner. The name is putting in all things ,to eat ,to drink for everyday life for a man or a woman to take or drink when we drank water, beer, coke or anything to drink. Are eating you come up with the share the hygiene or bad smelling air out my mouth. I am looking for clean air out the mouth my mouth. I am looking for cleaner air out the mouth of all people or out there lungs inhaling or exhale the breath inside my breath. My breath without a final e is a noun meaning air from people or cats and dogs. Vapor order I am trying to give all people a good order from the new name for hygiene maybe not hygiene but this smell good to bad breath for everybody. The medical students were asked by me how can they treat the world bigger odor from the mouth what can I use to have good smelling from the mouth is no more bad odors. Can this be done? I think so with the adding to thing we eat and Sri k everyday, will have you with a good smelling breath all day everyday. I hope I cover all things that we put in our mouth but the one I am looking g for good smell out men or women mouth odors*

To the one that know and the one that does not know about my certification of micro ENTITY status gross income basis for my title of invention smell and tell first named inventor. The application hereby certifies the following 1 small entity requirements the applicant qualifies as a small entity as defined in 37 CFR 1.27 in 4/3/2006 I out together a copy right paper invention about a pistol camera picture short pistol phone camera a computer idea. It can used for the internet but I have not build but I started building the communication concerning EXAMINER CARTER<AARON W ARR 2665. I had to file a new petition to revive information sheet USPTO on the 9-12-2016 to the idea Design studio company from Robert are saying you did not send in the x change or the software to the project we hope you can provide the things that we may need. If we do not it cool just to remind the things that goes around and around and come back. Where it left from please let it find it's way and see who in this with ownership interest applicant. From one that think who think like me no one that I know that you may say I never talk about this talk about it then. I think His like for me to talk about him as long as it something that nobody knew about and it's a good true besides the things that I see in him world and on his earth. I always find things to be in your world of living and dead but this not dying that I am seeing in my mind that God want me to tell you all about or it just me think like this maybe this and hold some true in this family or God's family. I never heard a,man or woman say that God has a,family I hope that I am not wrong about thinking that go has a wife in his life no one never see his wife but you have to think like you never seen God but you say you see his kids Jesus. I think I see his wife but you have to think likely never seen God but you say you see his kids Jesus I think I see his kids everyday you and me that made. How do you think from the power of got and his wife I think I am the only one can see in the earth and see these things happening and you say this is not happening you never told me it happen like that's why people hold things back in there mind and never bring today and tomorrow to see the good tha t god and his family bring everyday for me o earth love always to God's name. A man that ask God from a man that dies not know how to go to heaven and how to get in heaven or teach me in that way I will because I believe this is true and we cannot use nothing in this place or the true beginning when I live in this place I call the world. I think I was in heaven once before and was kicked out through the air that turns to water and got showed me everything that I know and everything makes a sound death does not have a face looking company it's a face dark company it looking how to see when you getting gin. I will get in the best one they came together but they go on way. I think a dark start comes and get me and takes me with it death started who said that the place you will go there say things that you and me trying to understand death started before life the beginning death comes up on me and the earth and will never leave until it gets what it cones for start death with what the world was not to hold on me. I have to follow the law rule in places that I live at so I will follow the rules and still can not move as I said before everything moves in the world so how can I set still. Why everything else moves so death start moving also from one thing to another thing not just in man and woman a lot of things to get in. Do death need loving to maybe or maybe not. What comes here for your it needs a reason to come and get me death does not need love. How you know that death does not need to tell you and me anything about how it works it's a job you try I g to be funny this is not funny this a job to return death to its rightful place without sending me with him maybe that happened. I may have used the wrong word him it has to be him or her of it's a thing or nothing it something showing a reason people makes a decision. Do death bother death what death doing to me as I live from somewhere and get to have peace with yourself. You have to be clear as rain in your mind your mind will give you rain from your eye and the eye. The eye water us the thing that try washing the sins away from your brain one thing that I like about rain it's separate. If the rain came all connected it will be too heavy when it falls down on me it will smash me in

the ground. I hope the rain keep raining in drop and not never be connected together to set apart the rain is in a group where is your mind now lay me down to sleep my soul is for who to keep before I wake my body is yours to take how can I stop you from taking it. I shall die before I wake I am here for you to take and my soul will give automatic rest in the tined forever of true smell rotten stink. I live or smell I die I smell stinking what are this book looking for? Away I know the way out of death or death after life do not let it catch breath. The smell back to live breath it back to where the rotten was you live because you cannot smell stinking when you are dead that place give up something to get something it give you up to. For life how can you live in that place? Did my teeth get mad with my body and left my mouth like no other part if my body my nail and whatever falls off you is it just make me mad with smell or mad with rotten are mad with stink are mad with dying or mad with death. What is mad death is there a Happy death smell comes from a smile.

Come by smelling to smell come by you bring mad U like to use one letter at a time out or mad the m is mother the a is and the d is daddy. Do you think when I drink water is clean as we say it is I said this to say this water is the ground and water comes from the ground. I am drinking somebody out the ground the rules of death and then you cannot break those rules or that one holds in your life. What time was the world was born in the earth and then people cane to be up on the place or the death madness. Thus book only tell what it sees on his earth when reading a book and not talking out loud. I can think what that is I am confused sometimes so what was you stopping one word when you kept reading in your mind. I can always find things to come out me do I talk to think or think to talk. I think you use both of them at one time go visit your mind how fear is it noses smell. I do not know I never left for the test to see the smell test your self and we will know this book is trying to leave and go to the other side of the world for what to see things happening. I will hitch hike a ride with who hitch hike going that way for what you say the place. I was thinking was the digital like word are the world is this book running from the word to the other one. What other one you talking about what does air do with smell air takes smell somewhere to the digital death dream or to dream digital air you know yourself start thinking about. What your life as a smell one why you did not stop spot think when you was small you did not have the control of my mind well. Well who had the control of your mi d start thinking had my mu d in control of the world of the man. Did you say starts starts have your mind start thinking about what your life as a smell one. Why you did not stop spot think when you was small you did not have control of my mind. Well who had the control of your mind start thinking had my mind in control of the world of the man. So you said starts starts have your mind  now are this time we said. Who can smell the longing well go and take a bath. I am talking about as hold that I am talking about so I like to tell you about two people making love I say that was a number ten. They was doing  the number ten you brought me in the world . If I did 8919 and use 10 back and forth one moves 891 so I move the nine and got 10 can stop stop. What was you looking at when stop start it starts when I stop no it never stops it always start stopping. But it cannot stop itself it says keep going who are you talking to control start wait man you have under control. I quit so I give up are you stop now I am start giving up to the world stop riding stop cannot be in the way of moving move can get stop started moving as the world move live people and dead people move with the world the moving that move start moving where are you going the dirt leave the ground and blow up in the air and across the earth. The air and the dirt have a shape control think but I control it for 58 years with no win in my life. The book that controls this only think like this I see here and know I am a living plant and to plants seeds and ear from a lifetime seeds in the ground and they move up on the earth from the moving of things that was in the ground that came from seeds fire is what I have in my body that keep me warm it easy to be able to make contact to.

*I am the smartest man in the world. Why did you say hey to the word so word talked back to you. Yes what did you picked out your mouth words. I thought you talked words I can say anything you has to talk for me words you speak for yourself. No I just sit and wait until you use me in your writing or talking words you does not has to wait on me go to someone that can help you move around the world. Where ever you are going words how are you dying and you run the whole world and you said you cannot say anything. How did you stop and I had to pick up and use words in things and places. It bee d to be in words tell all the story on the world it shakes all kinds if things without words. What would it be like you don't know nothing. That is like I am dumb who is dumb no word man you have words to make you have think make you have knowledge words does CU. Can you find the meaning of you wait CU. Is a word it's not me who word it CUS. Has it's own word I thought you have all the words I do not know how to explain all these words stop out to g pressure on me to explain all these words. My hands and words think alike in your mind.*

*What are you going to do with your knowledge huh bro let me put your knowledge in my book of your knowledge say we may come up with somethings when your knowledge and my knowledge knows one from the other become the book of knowledge from things that knows me. I rise like the sun and go down like the man I am thinking like the sun and my body I don't know but I think a lady to me looks like the moon in its on way. Why did you say that because the moon you see me or what do you see in that moon shadow. When you look in to that moon you see a different pictures in the moon all the time. The moon make a things that I can see are amazing like that lady look like the moon are cut in half s one people say the moon are wasting. I say the moon is shining to show you what it has in it the moon has all kinds of break in the commas rules or the world your mind help this book. It's s one things beginning on that makes a change everyday that is not on your book you put it in this book I need you to put all people know lease on people books. People that are smart y iu all are in my book the Face Looking My Company come with me and give it your best from all the great mind or the world is they for me. This book was unknown untitled I came to tell it.*

*Where did the world came from were are the world going I like to know everything I thank many book left out. I did not know so this book trying to find all the things that you want to know about the working of all things everything has to eat to stay here. I think everything on earth is living in it way what is the world doing growing or just spending. Can you ask the world anything do the world tell you what to do how old will the world get. Can you tell this book anything can you say this book is wrong well my it knows how to get it right. If I had a chance to tell this book something what would it be that you well tell catch that death before live catch death. It seems like a race in the time we live in one trying to catch the other in the in the wrong. What are the meaning of come to was the right you was sleeping and come to or they call that waiting up who said the world came from somewhere. When I leave there will never be another thinking like him. I came here to pass by here ever where I went I passed by the store I passed by your house. I can not say I am passing through here because I will be going out the world and how can you do that everything is still on earth. What left out of earth are world I see another left the world. You may have hid somethings and can not find it no more. If I find your smell can I cologne your smell. You smell your self meaning more than a bath the way I I think is this book from earth is from some where that the unknown. This is not a movie thing that's happy you did not see come to you. Where do thinking come from they say the mind well body should already wrote this book if all thinking cones from the mind.*

You said you would not look for that what will keep you from being missing. Well I always think about things that work in the world of man and woman. But I like to talk about words and numbers the leaders is one. The follow is number to and on and on I always have a problem we with words and numbers. What problems does you have with number. The number to, what are you saying about the number to. You are I have to look at that number very very, good I do not know what you see from numbers to but I see a lot of things that came to from that number to one started two. Wait hold up you said who came to so you are saying someone came from to or cane to life and came to. What are you looking for the world will never tell you all it knows because you will be smarter than the world. This is the smartest world I ever knew and I don't know it all. Did you add all it together to get what you need. What came to your mind? Life came from death or life came from life. The world tells me what I know I thought you told me what I know as a person but you did not tell me all of this, I came to. What inspired you to write a book? The world want you to know and learn things that or her has to give to the one that are looking to see in the mind of things that makes the world will not have to work so hard so you are the world helper. The kind of knowledge only exist in 2000 A.C. will you be inspired? Learning how the world ask you will never learn how the world ask tell that to someone else this thinking are different or reading. What happens to the one that didn't come to the world came to the beginning of his time.

*The world except everything it's never turned around or turned down anything always come to the world and foes not say no you cannot come in my world. That I know about all things come here. 2hst do you want are calling me to c ome somewhere I can not tell people. What I know they need to tell me what they know people have different ways they think of things in here . I pinched myself and I felt real to myself this his really happening that your mind put it on paper came from the word. You has to keep going under until you reach that point of no return you can keep  book just return the knowledge so it will learn that. It is so much being talked about and we are in some of the things that no one on esrtth really know about because there are so much knowledge that was discovered in the way we used words. Really no where going over here and some other say they are going over there I know the world will suck you up into the appearance of the looking in disappeared off the face the earth. Where did you go I went to that place God company I thank God for waking me up and putting me to sleep and waking me up and again. Some people make sure they talk to God from talking I sat what do you say to enter your knowledge has to tell when you get there do not stutter because you prayed to your body to be clean in the heavenly place the world came to see you go there. What do you pray I prayed to live everyday on earth and in the world. I am following my life or live the first time came to the world. I would have to come back to the world or the earth I got put out.*

To the one that know and the one that does not know about my certification of micro ENTITY status gross income basis for my title of invention smell and tell first named inventor. The application hereby certifies the following 1 small entity requirements the applicant qualifies as a small entity as defined in 37 CFR 1.27 in 4/3/2006 I out together a copy right paper invention about a pistol camera picture short pistol phone camera a computer idea. It can used for the internet but I have not build but I started building the communication concerning EXAMINER CARTER<AARON W ARR 2665. I had to file a new petition to revive information sheet USPTO on the 9-12-2016 to the idea Design studio company from Robert are saying you did not send in the x change or the software to the project we hope you can provide the things that we may need. If we do not it cool just to remind the things that go around and around and come back. Where it left from please let it find it way and see who is in this with ownership interest applicant. From one that think who think like me no one that I know that you may say I never talk about this talk about it then. I think His like for me to talk about him as long as it something that nobody knew about and it's a good true besides the things that I see in him world and on his earth. I always find things to be in your world of living and dead but this not dying that I am seeing in my mind that God want me to tell you all about or it just me think like this maybe this and hold some true in this family or God's family. I never heard a, man or woman say that God has a, family I hope that I am not wrong about thinking that go has a wife in his life no one never see his wife but you have to think like you never seen God but you say you see his kids Jesus. I think I see his wife but you have to think likely never seen God but you say you see his kids Jesus I think I see his kids every day you and me that made. How do you think from the power of got and his wife I think I am the only one can see in the earth and see these things happening and you say this is not happening you never told me it happen like that's why people hold things back in there mind and never bring today and tomorrow to see the good that god and his family bring every day for me on earth love always to God's name. A man that ask God from a man that dies not know how to go to heaven and how to get in heaven or teach me in that way I will because I believe this is true and we cannot use nothing in this place or the true beginning when I live in this place I call the world. I think I was in heaven once before and was kicked out through the air that turns to water and got showed me everything that I know and everything makes a sound death does not have a face looking company it's a face dark company it looking how to see when you getting gin. I will get in the best one they came together but

they go on way. I think a dark start comes and get me and takes me with it death started who said that the place you will go there say things that you and me trying to understand death started before life the beginning death comes up on me and the earth and will never leave until it gets what it cones for start death with what the world was not to hold on me. I have to follow the law rule in places that I live at so I will follow the rules and still cannot move as I said before everything moves in the world so how can I set still. Why everything else moves so death start moving also from one thing to another thing not just in man and woman a lot of things to get in. Does death need loving to maybe or maybe not. What comes here for you it needs a reason to come and get me death does not need love. How you know that death does not need to tell you and me anything about how it works it's a job you try to be funny this is not funny this a job to return death to its rightful place without sending me with him maybe that happened. I may have used the wrong word him it has to be him or her of it's a thing or nothing it something showing a reason people makes a decision. Does death bother death what death doing to me as I live from somewhere and get to have peace with yourself. You have to be clear as rain in your mind your mind will give you rain from your eye and the eye. The eye water us the thing that try washing the sins away from your brain one thing that I like about rain it's separate. If the rain came all connected it will be too heavy when it falls down on me it will smash me in the ground. I hope the rain keep raining in drop and not never be connected together to set apart the rain is in a group where is your mind now lay me down to sleep my soul is for who to keep before I wake my body is yours to take how can I stop you from taking it. I shall die before I wake I am here for you to take and my soul will give automatic rest in the tined forever of true smell rotten stink. I live or smell I die I smell stinking what is this book looking for? Away I know the way out of death or death after life do not let it catch breath. The smell back to live breath it back to where the rotten was you live because you cannot smell stinking when you are dead that place give up something to get something it give you up to. For life how can you live in that place? Did my teeth get mad with my body and left my mouth like no other part if my body my nail and whatever falls off you is it just make me mad with smell or mad with rotten are mad with stink are mad with dying or mad with death. What is mad death is there a Happy death smell comes from a smile.

*Come by smelling to smell come by you bring mad I like to use one letter at a time out or mad the m is mother the a is and the d is daddy. Do you think when I drink water is clean as we say it is I said this to say this water is the ground and water comes from the ground. I am drinking somebody out the ground the rules of death and then you cannot break those rules or that one holds in your life. What time was the world was born in the earth and then people came to be up on the place or the death madness. This book only tell what it sees on his earth when reading a book and not talking out loud. I can think what that is I am confused sometimes so what was you stopping one word when you kept reading in your mind. I can always find things to come out me do I talk to think or think to talk. I think you use both of them at one time go visit your mind how fear is it noses smell. I do not know I never left for the test to see the smell test yourself and we will know this book is trying to leave and go to the other side of the world for what to see things happening. I will hitch hike a ride with who hitch hike going that way for what you say the place. I was thinking was the digital like word are the world is this book running from the word to the other one. What other one you talking about what does air do with smell air takes smell somewhere to the digital death dream or to dream digital air you know yourself start thinking about. What your life as a smell one why you did not stop spot think when you was small you did not have the control of my mind well. Well who had the control of your mi d start thinking had my mu d in control of the world of the man. Did you say starts starts have your mind start thinking about what your life as a smell one. Why you did not stop spot think when you was small you did not have control of my mind. Well who had the control of your mind start thinking had my mind in control of the world of the man. So you said starts starts have your mind now are this time we said. Who can smell the longing well go and take a bath. I am talking about as hold that I am talking about so I like to tell you about two people making love I say that was a number ten. They was doing the number ten you brought me in the world . If I did 8919 and use 10 back and forth one moves 891 so I move the nine and got 10 can stop stop. What was you looking at when stop start it starts when I stop no it never stops it always start stopping. But it cannot stop itself it says keep going who are you talking to control start wait man you have under control. I quit so I give up are you stop now I am start giving up to the world stop riding stop cannot be in the way of moving move can get stop started moving as the world move live people and dead people move with the world the moving that move start moving where are you going the dirt leave the ground and blow up in the air and across the earth. The air and the dirt have a shape control think but I control it for 58 years with no win in my life. The book that controls this only think like this I see here and know I am a living plant and to plants seeds and ear from a lifetime seeds in the ground and they move up on the earth from the moving of things that was in the ground that came from seeds fire is what I have in my body that keep me warm it easy to be able to make contact to.*

*Are my reincarnation who knows the difference i say my name is Robert and what I wrote on paper is some of the things that know words. Is the one that knows me I am words I always thought my body knew me it did not work in my mind. When I wear puzzles to know the words on me what words on you only you know that computer smart smell and tell will tell will tell the identity it knows it discovery people smart things come into the world and know all kinds. First so put a talking device on paper that keeps up with talking to you and like me. I can tell things x side is an invention we put together we put so much together that we understands on paper and in my mind. Did you ask me what I wanted to who are you registration. I was thinking about a lot of things but the name or is sleep or dark. I am coming to get me death have my number the harbor death is when I dig a hole in the ground and cover it up that is death. Death have my number the age of death is when I dug a hole in the ground and covered it up that is death. We said a woman has a hole with her is that death she carries around and then life comes f from it to. We will talk dark some say I am black if I was black like dark you would not see me. But would go and come like the dark does. So death live to eat people and stay fat off the things it eats. How you know death is fat or poor when a cat or dog talk to the other cats do love meaning the same thing as people. I think things has feeling people need eyes all the time and life animals can see without light at night. How can that be done they have something they eat or drink that makes them happy. I need for you to put they eyes in my head then I can see at night and need no light to see you do the earth love you forever. How can you make the earth tell you that which one it does it don't hate earth has the last say about what it will do to you. I thought death has the last words I am the word death does not talk it uses word what are you saying so the moon hold darkness but this does not say I came from darkness but to me I never died to come back as or yet that I know but the looks of things the moon holds some are my body content that are so close to me and the world air. Do the moon holds all life? For things that are dead service just look for yourself and see what you are looking for in the way of going through the earth and world are transverse definition time do not ever end how does death end in time no death end in me and send me back to the moon just a thought. I think I am to rest with my people who knows this the world win you came here or send here the world knew that things dad put here for you to do here and then heaven can be the moon that gives you light and darkness it's like my eyes the sun does not shine at night moon shines to time day or night I cannot find the word to say how good is God to be able to see in things that he gives me to say about the heavens. Where we live life and treat likes you want to be treated from love that we know very little about yesterday you under. What you need to do for you to make you know the things that call you to know. What need to live be a part of time that never end you have a mind to get things that or things that comes from the store. But you cannot buy just be right all the time you up and grown and show yourself how to do it right or not or faced the righteousness this come under the words righteousness. Will make things come much easier than wrong things I talk too much well I let my inventions talk and tell you a story on its own way. I will be big in this earth when I am living and when I leave I will get lost in weight. I spell no backward and it's spells on just a thought that we recognize in knowledge and using in my life of living a drunk man walked home one day they heard something in the graveyard the drunk man thought God and the devil was separated the dead one for you and one for me this is what he heard two men picking up pecans in that place and they was separated the pecans and they was talking about the one left by the fence the drunk man thought they was talking about him he ran and told the people at the bar room. What he had heard God and the devil was separated the dead and I was sitting by the fence . I thought they were talking about getting me but the man saw the two men picking up pecans the drunk man had it wrong can you tell.*

Are laughs you know what to smell and want to see which one last the longest which one has never broken in. If I have to ask who are you in smell would you be the same to smell in life and in heaven if I have a change to ask my people something. What would you ask them to you have to keep the two in your mind do one know the other were about. The mind or other I thank the truth know always when the lie I am around the world hold all truth. If I do not know but you and the world knows you because the world built you and to know you better than you know yourself tell yours to the world or to God's world telling your lies. I have my own to try to give to someone I own something and it's true yes the world or many things grass tress air smell I know that I am the truth because I smell like what I smell like you how can you tell all these stories I have a good sense smell only hold all this together. If all noises man can see this world never make a lie no sense do not have a brain to see the real true what happen to no sense. I thought all things has sense you want it on one hand back and front of your hand. Which one is right and which are wrong? Just a reminder. The world changing things so we can stand and set and lay down we have only three ways to do this the fourth way. Who wants to know that way one darkness you only have one way to see it that is through the automatic world. I only see one way looking forward I can see two ways if someone is looking at the things they are telling about the oven smart time. The world has sense so do not try to find no sense for the world. Because it can be a good thing or a bad thing when two people are having sex and a baby comes here I think God blows air into life and life comes here or into his wife and she blows it into and life starts living. Can you take a picture in your dreams night and day see what in picture drama at that time it seems like it's true in that time zone. Can anybody keep that picture you cannot remember it to show it to other people recording dream in your mind or in your night so I think. I can see who I think I was talking to mind p11no and one was there you think who was there dream who at that time. Who are those people I am sleepy how can I do that the way something works only four things can stick out my body. Some people has less parts to stick out my feet my hand my tongue you tell the other lady stomach whatever the world tell you to do ever list at that time the world told me to stay here and get older I am trying to. Then will leave and go to the only place I know true automatic in you and the world automatic true is no lie. Can you tell the difference in the world that you live in. Can you see a lie in you or me with through my mouth moving. I do not see a lie in a tree. I think no can get something off a tree that is reincarnation did that tree tell us a lie what part you understand about reincarnation I said I will be reincarnation also which one tell you what to do my ears my mind and my thinking.

There was penny rolling down the road and one rolled in the ditch and the other one kept going down the road. The one kept going have more sense than the other one. I kept doing God's word stands I am God and his wife or word that everyone is living in. I looked up and I looked down and I said to myself my head looked side to side that is four ways. My head moved ok my eyes can look four ways my tongue can look four my lips can move four ways my lips. I can blow up and down left to right my legs and for arms four ways backwards and forwards. When walking and findings four things that my body did the four things talking out my kind. Why should you write like this the way you think my brain think like more @heaven free.com.go there and see for yourself that it works in getting up and out of bed. That was three times and the fourth will be bad I will say man air filter clean air piece mouth filter to keep his body clean from dirt and dust out my mouth and noise every day. The smartest machine smell can lock and unlock things for your money go around in circles. My new device is nowhere in my application build the device the right way for me the smell and tell device is a thinking and learning device. I put cognitive technology in some parts of the word processor information faster than man always thinking about things that make sense. I think they made sense in my life to I on off Who on off on own off is off on is on off maybe. I am lost I use o I use f I use f to make my point O father future just a thought about off and if no is on do no mean no Yes smart start when the world came here are here. I can see How I can get some word out there I got her to see and hear. I do not know are these are words I say some are words will death listen when I tell it to stop no death does not have ears to hear. What you are telling it to death always tell you. What to do I need to change death does not have ears these ears to hear. What you are telling it to death always tell you what to do I need that to change death and see. Can do things my way death live stinks so the world has one thing. That it's a need that I see in my life time if you talk to death what will it say to you. What will say to turn it back I tell death you are right off you were out the world on the other side. The world just stay there I call you when I need to you do not have to call me I have to give all the things. I have to be up to digital death communication transmission information your mind digital air always stay here so I will be in air digital I came to tell you that's why I am here on earth learnings your automatic self the book is telling you about coming. It will be with you through growing up and growing down. What are you saying about I said down I will be growing die skin for someone to use I am growing just to die. I said one thing death tell all are both what happens to people my skin is dead. I pulled some off my body and I am not dead to kind of skin when the world was first built. I was in the beginning of what to come have to wait my time come in this life thinking about a snake mouth open as wide as a woman. Tell me more who are learning the book or learning me I think I am learning the book to be smart listing. What you have to tell it to do you think the world is just right no matter what. What I think the world will do it own thing it dance and you here and feel it when it moves. It shakes it body may not like my body the world holds you in them for a little while and then drop you out its hand into death hands. Who said death have hand something takes over me I fell out the world hand into earth. Can you see the exchange happening just your thought some or the things invention I never seen in the world. This book does not tell me everything you look in your mind and give me the way you think I am the only one to come to tell you about who know. This person that will find you and me rubber line cable clear on pole light poles for cameras to be able to see. I came from where I am going. I split white because the air my mouth make spit white give me the key to everlasting time and I will know have to break in. I can just go in and see what you are doing in that spirit world smell are a spirit how can you tell when something not for you in heaven. The world gives back to the land I have roots like things that grows on the earth. Is there anybody that in the world does not know anything I say they know the dream in. They mind this book shows you a lot of things to you see a dead

or show are you in a dead end two ways to look at that do death have a twice that way. Look at we don't know about the way find out will you live forever you has to see out what makes you grow in your body. Then you may have a chance to live a long time maybe it will be call no more sleep which one or you looking for life time or all the time. I think that will be meaning we are staying here how do you meant that no return to the earth. I do not need to be there I need to be in life always cannot be there I just thought about if I was God. I could have given you all the life you need to be here for a long time so you know the rest. I wish life that lives at that place you was at before you came here on earth you were dead so you know the rest. I wish life that live at that place you was at before you came here in earth you was dead so you been dead before onetime. So you have to die again a two time death is death scary or death jumps out from your body. I looked at this as it one never dies reading my life and others are lost in life because they did not know the way of life talk to yourself and you look at things you figures out are lot if things. How do you see more to believe in time are I time everybody comes when there time is here or goes where they like when grow. I did not grow out my body my body time kept me the only body I ever knew. Do time holds the world are the world holds time as long as the world been here I never heard no one say or said the world has gotten bigger time keeps the world the same side you run time keeps up with you. I stop running and time moving on who his time running from my time or looking for lifetime your time is looking for what you can never change time. I am going to keep time away from you cannot keep time away from no one stay together time and the world. I love you just like you have it the world's first born family air knows more smart words on paper tell all that been put on paper say read my writing and thinking. What you think no time on the earth no more but in the ground no time in the ground. I think the world will not hide anything from do I need not need to know everything to go to heaven. If I don't learn all that are out there how these things work in the world more are out there for more to see or hear more for myself so on. The voice I am hearing you add more I borrow the world time for a few good days I reserved all the rights for my word because that is watch am God word not a man because I will leave but my words will be with me. This is what God gave to me to give to the place are I do not do you have moving thinking in me time keeps living. I always look for some benefits that understand me. I hear the word old boy what happened to young boy I thought they grow young first and then becomes old later find you in my mind live goes but you can see when it comes. I live under smell I will follow smell or smell will follow me smell know you. Do you know you living in the world or smell is a good thing for future to come. Do you think I found all the things about is the smart things never seen in my life in your mind you cannot erase or wipe clean. If you see two things this book you take one out holds on how you can do that. When you did not write the book, why we are just visitors in here. I cannot have the same living name and the same in the ground can you name this book it already has a name.

With you're a thought can come to you is the dream of sleep as big as the dream of mind I will tell you something. I left on Sunday and stayed for three days and came back on Sunday. How can you do that just a thought what does you mean about hear smart hear you say will always be here who is smart. I think death is smart death make living people work for it and will not pay them no money no thank you. No anything for there working to help death and I cannot stop working for this thing death is too smart for me. Can you stop when I did some will come get and clean me up do I am working for him just always try to work for life know one never told were death start from in the ground it must have a way to hitch hike or travel I did not know death can move but I see move it move and go get somebody the begin word came in the world you will never Learn it so smart. Can you learn a new way to eat smell your food you has to have some good noses to get full off smell 1 add 1 and 1 and 0 so I will use 1 for god and 0 for 0 win. I had said thank to the number ten before I win will hold you were ever you go they never loose time. You can never stop stops that is the only way death will stop time is death and time never change to stop and go back look for things that it list you came in the hearth through 1 are the other 0 how made 0 win hold that thing . My panties is a flag pole because it flags down a lady and ask them for a ride the 1 went with the 0 and you put you and them together they know what they did to be together. I will never try to see why they are asking why you come not me so when they came together that became 10 no one do it any better than that they have ten that u pit on house. But it is not like what I am talking about when they came they made something together win air and all kind of things. I will never go off number 11 one is life and one is death came to us the world told you a story and you are living in move that came and brought us the story on the sight the story was not a lie. You are living the moving story he gave to me and the one that knows this is the way that I see the things in my mind. I am not talking about God's people. I am talking about people. Only the book will help the people that contributed to helping this book come to the book stand along with Tina Harris. We thank all they done to the word of world. You know knowledge in your mind. Words being using is becoming forward. Move here word start thinking words. Company people are leaving here and not tell me where they are going you are made out or words. I came to stop this is not the end it is just has to stop somewhere words is me the world holds me also in words man or woman in here but holds you out the world win into the right place we see that you are enjoying this reading new win mean new earth world win o win mean world in 1.

The kid gone to my mother. God how did it go there in that part of the dream WGG.Com that said woman God God.com. The true are the word true people all ways when true is being told and you can see the true. You can hear the true and you can know the true. But you will call true something else. You say he are racist. So what are the true meaning are true. I see the true being heard every day. Come people does not hear very good. I never told the true to turn around and go back where you came from. You will say anything to arguing a point that has the true in it. You always turn around the other way. You hold the true for a little while but not one hold on to the true all the time. Only the world hold on to the true all the time. The true I cannot tell. All the true because it was heard before me a lot are people are looking for the true but you have a lot are not looking for the true. They are looking for anything they will run into. The true and try to push it out the world. If the true leave you will never be able to live in this world. There a way to do anything the true. The true is all you have. The meaning of all of these. Someone looking in on the world. When it shake, I feel it. When it move, who on the other side the world. All can I claim that word all for myself. Wow you would be left out if I had it all. But I will leave it all back here for you all. So I will never have it. All true freedom are looking for a way out of me but you have to hold it in you. It is the true come out of you are me. I will be ready to kick ass or a beat down or a tow up you. So watch it don't let the true out. You try to keep living true. Something keep holding the true on earth. You can hide the true or kill the true. If you kill the true, it will come back again and again. All the time because it has it's (on own) true self. You do not want to hear what the true tell you. I told the true. What did you say. You told true what to do. The true do not have to listen to you. You have to listen to the true so you are trying to tell the true. What you did in your life or did not do in

your life. Okay, I see were some are this was going. I am telling as much as I can and I do not know it but I am trying to learn. It all I can keep telling about thing ways what live on the ear the longest time. Some of you want to be smart and you will say time is the longest and the world. I am not talking about time. I am talking about food, water. What live the longest. A fish or man or woman or a cow or hog. A dog or frog. Or what is the oldest thing that living. Do you know? You get what I said.


Look the way I said go on the back of the book. Why we go back? Dollar or call me saying come on and spend some time with me. No I am not ready as of yet. Hey here are my voice book one and voice book two. Keep your safe ass. We are trying to keep your date for only to people you and the Our words governor US. I told you all this in 2006 on appreciation. Now I'm telling you again in my voice with my words. Maybe you did not know my voice are telling you I put thing on page. For you to read, I claim the book that will have a voice that will talk to you and me and the other voice book I will spell close backward because this book will not let me esolc our words governor us@voicebook.com. First word I made my shadow talk are move. I am goning with you.

*One man means two things or woman as I said top means one word at a time but the words has two meanings. Top and pot meaning one up and one word is down. So do you see it for yourself. I don't know what you are always talking about. The put turned the earth and the top just go for a ride in moving. What did you say can moving stop does not in moving. What did you say in moving stop does not move. How did you go there to where one man means a lot are things who told you that a man has a lot of things in him. You cannot see so good then yes I can see too. Well you see things that you cannot see. What are you talking about then I see one thing in a man or woman. Do I have to talk you should already know that one thing that's in them. It's not in them I am talking about one thing that makes them move. Moving is, all that in a man and woman I told you that. Well you find something else different maybe I used the wrong word moving came to me and you from other things that moves. Why did you talk like this I am the only one looking for the meaning of words and things that makes me work in the place of moving one word at a time. What are you trying to say I am just saying everything because this world is only words. I like to own all the words man do not own all the words just my thought that I can. Who want me to have it?*

Everybody teach heaven there on way but the true way are not nere to tell u how to get back in where you came from people say I came from Adam and Eve where are my d and a from these people I know I came from air if  death every die is this the end or the world I do not know that question and has no answer is death killing all thing are time killing all thing death cannot kill all thing how do you no know contact was not made for that to happy only contact hit you and you jump into moving the first move start it to tell me god will see me the big love stope cannot control moving in the world I claim my book I am just like you I can injured myself I cannot fix myself

One application sheet pool will play one football game at a time. If you want to play the application sheet pool you will have a new application sheet pool 100.00 block are squares to start the 100.00 blocks or squares second sheet. The first sheet will play millions of sheets and the other sheets will follow the new third sheets hold its own millions of sheets 100.09 block are squares . On the next sheets say four sheets it holds it new sheets to be filled out with name and number all new sheets  be filled out  with numbers and names. And all the other that follow millions or sheets will follow will follow the first sheet are filled out with names and numbers and millions follow the first sheet. The same for the second sheet is filled out with name and numbers and millions of second sheets behind the second sheets. If I have a hundred sheet 100.00 blocks are squares to be played. One sheet on a game and the other sheet will follow play another game and another sheet. Play another game play another sheet new game means new sheet one sheet per game and the other millions sheet will follow the new game and the other millions sheets will follow the new game sheets all the time just like this .

1 sheet.   2. Sheet   3. Sheets 4. Sheets  and so on.

Sheet.      Sheet.       Sheets.    Sheets

Sheet.      Sheet.       Sheets.    Sheets

Sheet.      Sheet.       Sheets.    Sheets

Sheet       Sheet.       Sheets.    Sheets

Sheet.      Sheet.       Sheets.    Sheets

Sheet.      Sheet.       Sheets     Sheets

I never did talk about the talking Voice book are telling what it saying. The Voice book is not the book that you open and read a few words that it says. When the book is open, my talk Voice book computer Smart Smell and Tell know how to speak to you and ask questions and give you answers to some problems. We are looking to build more talking machine that perform a great task. The Face Looking Computer holds some of the greatest work in modern technology. This is happing today, tomorrow, communication technologies are advancing and I cannot keep up with writing. But do not count me out. Count me in fundamental forms ideal that work. Three ways. Me talking to the iphone, the voice are listening to and the iphone. We are telling it what to do under our command to the data. Order machine to tell are receiving words that have meaning are not meaning only at our words governor.us.com Sound Picture Vioce book

TRUE IS NOW

Clean teaching do not put hate in none of my device or phones that send talking to the other phone because the phone will have more thinking to do and no room for hate in it. My pair phone talk. I know you know me trying to keep each other safe and living and re living. Thinking computer smart smell and telling phone what to do and not to do. They listing better than human. Waston is build from some of my paper work. I claim some of Waston. A percent of it go to me. Another talking Waston got to build thing that same in a pair to the USA in my paper in 2006 to 2018. Putting to phone to talk and tell on the other phone so they can tell about smell and riving care about talking to you at all time you say something to the phone. Yes drive sae phone you are driving that care phone. Yes I am a phone. Are a robot that talk technology. Were did hate teach technology. I hope understand what Robert L Martin are telling you. I claim one phone that talk and now I claim another phone that talk to the other phone the same to phone. I put on a gun in 2006 both are understand that talk the other through a problem. Are bring correction the phone talk if it make mistake. Correction both talking to the other phone to phone talk two to phone. Do not build one with the true in it and the other phone with a lie in it. They will not work. Like the build the two phone to tell each other the true. Call and talk to the talking phone. I call you and you call me to phone. Call the other talking phone. Transfer talk to talking phone said hey phone the other said hi back to the other phone.

Hate. I like to talk about hate. Some hate what you do. So hate what you say. Hate where you came from. One that know hate. What is hate. None violent. Nonviolent must mean hate. What did you say about me and what did you say about you. You must have everything and yourself. You have your job. You hate hate. Is something that know you but you can not see hate. You can not feel hate. You can not eat hate. Can hate be kill? I do not know the answer to a hater. Let his mind find hate and he will miss the right hate. So were are the wrong hate. What the right hate and the wrong hate. I thought it was only one hate. Do you have the right to hate. Who gave you that right. To me hate know right from wrong. I am not writing this for noone in particular. Just ask you hate because you can not think with your own mind. You do not own anything. Hear that hate belong to someone on the other side of the world. But you want it for yourself. I would give it a way. I do not need it. Why are you trying to hold onto hate. No not me. I am to clean hate. Hate need to clean up his act. Were are hate dead and you and hate can not find each other. The world will not let hate it form turning in love and understanding you has to find clean mind and you can see hate running from hate. Hate do not know hate. What is people are not scared are God and not scared are hate.

Who wrote this book. You did. It who are you. I'm the way you wrote the book. This book has all kind of thing in here. Were are here. What are you talking about. Here I came a baby boy and a kid. They say it was boy before I was a boy. kid are a kid boy. We are listing to the people that call you a boy are a kid. You did not tell me what I has ask. You ask for a lot of thing. Make your self clear. The boy kid man wrote the book. Your brain must not be working right. The thing you are saying. My mind telling my brain the wrong thing. No your brain telling you're the wrong thing. I only has to which one left me. What are one that left you. You do not understand this. So do not mislead youself. You came for a reason. I do not know your reason. But I can tell you here had a reason to tell me why you came here but your mouth did not work with your brain. You did not bring it out your mouth to tell what you know about yourself. So I do not want you to tell me now because I am talking and no one was listening. How can I hear that pen writing. When you are reading, the pen hear reading. Man you are full of bull. That pen wrote for the world to come hear. It could have a pencil.

Bull do not know what this writing are saying. Do you well tell me what this book said. I said writing said Oh you are angry with the book. No I am trying to get something out the book. You can get anything out the book. You can read the writing in the book and the came together. Can you write like this. Like what. Like this. Telling something about together boy kid man. What about to me a lot about the kid and boy left the man. Here are the man left the kid boy and ran the kid back to where it came from. You just grew up to become a man. Is the kid in or out me. What did you say. Nothing because you did not know about the kid boy left and went back to God wife. She hold all kids with her and when you die or I die she will see all the thing you did in the man. When you go back to the kid from the man do not brain. No lot are sent back to here because she will throw you in the fire and you will never go see God. So your brain left and went back to wake for your mind to come back clean.

As the world grow older it's take your mind.

Don't get scared now and try to kill me because the world know you and you did not hide anything from the world. I thank when you kill people you kill yourself from learning the way the world show you. The less I kill people, the more knowledge I will tell you. This is lesson on my people and your mind. Can not find nonsense to make sense as word come here to tell the sense that come to the mind that's been sent here every day from the world that know me. Look you could never have wrote a book like why you never wrote this one. I can tell why the see you was not clean enough to hold this in your mind. So your sense can't you think all this came through a sense to think the right that you see. What leave you and come through you. Maybe you are not for real. You maybe trying to use that fake sense not the one that tell the mind I smell this and it stink. Maybe you cannot see the world the way the world see the world in me.

This writing had to come to are from the people that live the closet to righteous. The world will tell you what to say and do but do not listen to me. Listening to the way you live in your world but the world live in all of us and do not forget that. If you forget, they you will never learn how to make the world work with you. The world with all kind of thing but people don't forget how it work for them. I will not tell you how it work for them. That is not my job to find out all the ways. It come and go this all been told through someone else. I don't know everthing, but oh boy a lot come to the writing on the paper and so true. It did come around and I was listening to it. So I can tell it in a remembering. Do not just remember my sins. Remember your sins as well. I remember these thing. I think so. I know so. This is so smart. Came from smart world. Who will never be remembered.

Hey what did words say hey know the word did not say nothing, no you are so wrong the word always say word can find me everywhere, who writing this word the world and earth found all things that your God put here word mean all word in words every word come through words are coming from word only word know the meaning when you came here who are you talking about? Come here word come here along with other as the word turn back to the words you will not find word in no other place. If you let words know where are where you found them at, I found word at www. Word word. Word. I own words why you keep my word and you can not have them. I let you use them use them words one thing that I call oh you call the word. What I did not tell you I call what my call is anything know your call can not be anything how you tell me what I can do. Who are you to tell me what me what to do or can not do. Go find your self because I own me. Who said that you own me you all does not have it all right . I will get it right how, I will get it right how you know so much. Who are you talking to we don't understand what this talking about, this talking is living I thought you was talking about words are living with me. All above me you are in the air.

I am the smartest man in the world. Why did you say hey to the word so word talked back to you. Yes what did you picked out your mouth words. I thought you talked words I can say anything you has to talk for me words you speak for yourself. No I just sit and wait until you use me in your writing or talking words you does not has to wait on me go to someone that can help you move around the world. Where ever you are going words how are you dying and you run the whole world and you said you cannot say anything. How did you stop and I had to pick up and use words in things and places. It need to be in words tell all the story on the world it shakes all kinds if things without words. What would it be like you don't know nothing. That is like I am dumb who is dumb no word man you have words to make you think make you have knowledge words does not. Can you find the meaning of you wait. Is a word it's not me who word it CUS. Has it's own word I thought you have all the words I do not know how to explain all these words stop putting pressure on me to explain all these words. My hands and words think alike in your mind.

*If my machine know what makes me age it can have a way to stop aging. I would say but I like to tell what we all do tell somebody something. I have a tell and smell and talking about saying people on earth for some more thing to do on this place. My words knowledge machines computers smart smell and tell will tell you about how to talk on copy right paper. Robert Martin claim all computers talking phones speaking and talking device. I was the first one to tell the world that I had found a new idea in the line or mind that think like me. This is so close to a man and a lady that tell you things that you need to know. Now I see that so many companies done built some talking machines. Do I have to tell you more about other companies getting paid for their work and they have me on hold. But will be acknowledged for bringing the age upwards from a machine that knows me and you. When it learn all of your soul so it is average in quality pronunciation translations and examples learn more of my languages speaking words English phone computer that tells your phone to keep my message until you ask for the information maybe as I tell you that this phone is my machine . We know how much heat it takes to keep my body long and hot my machine knowing it has to tell the message we are looking for justice from the world of talking and speaking and moving. Information thought you understood talking English language machines that has a mind to tell you something it know we are talking to a laws with patent lawyer USA about money or a patent to the idea that came first to the USA in American and the world. It knows you if you talk to him coming from list to find you did not know but I did. I found this to be in working and thinking I never was lost I found another me that just like me on one side. Oh yes I would like to talk or elaborate on my bicycle that I rides and built a four wheel bicycle with a motor on my bike and then I came to the town if Liberty, Ms. I can ride my bicycle two ways motor or pedal it. I was violated by the law of the town of Liberty and was band out of Liberty on a bicycle. The judge told the police to take my bicycle if they see me on the bicycle in Liberty, Ms black people are tired of the judges and his police breaking the law for some and others put on the back and I don't trust this USA system we need a camera on all people in the law business then we all will know the law and what it stands for.*

*If you did not build it or have it in your mind. It is not your mind. It is not your take is that the only way you know how to take to build your rich off other people knowledge get your own and give mines back. What you think you did this book has facts. Looking at itself so clean that it can not see itself through his or her eyes. It only sees itself through the world I miss the dead I own my own number of pool to be played on paper sport football. THE BIGGEST WORD IS LEADER!!!*

There you go again what are you saying about I am going again so you must be mad or you dumbfounded it because I can not help that you know and I don't know the way you talk and it done everything that I say. I am doing everything you say if I do that you will be over control you think you no everything. Who told you all this you did sound like something in the word. Yes there is something in the world may be you need to stop talking so much you don't tell me what to do. You don't have my mouth no I don't have your mouth but I gave it to you and I can take it away. That's your way here my way my mouth are running all the time and it know what to say well you need to catch it and stop it from running. How can you catch it don't worry about it then my mouth is not known then my mouth is now you was then. Why you sending your frustration because you think too much about untrue what have I said was untrue things that does not have no meaning and you don't really know about you just let your mind play your brain into things that are over your head. I'm not trying to bring anything to life or kill anything I am just speaking about the things that you don't know about. I know about everything see your head are too big for your thinking. What you say about this true or is it a lie where did you find that from you have everything you say you know everything. You say everything when are you going to end that book you have been saying that this book has to come to an end. Seem to me you do not have an end  yes, I am set on my end now you are a big city was close this book. Who doing the talking me or you I am telling you don't tell me what to do. I am finding you out I am not a true or lie I am just the truth. Well how are their own lies you ask them don't ask me so both of us has something on each other you hold the lie and I hold the truth. How can you  say you hold true things really work with the true. I cannot tell you how it works with a lie. Did you find what you was looking for in this world. What was you looking for when you came here or come to.

*What was the reasons came to see that this is in the right way. The reasons has a believing are accepted or the sure truth superintendent of an idea that was given to the reliability with proof that's on paper that's something is right that I said. I'm putting words of the day these things happens for team in the state or my eyes and mind maybe you can say this is the case with factual and certainty or hold as an opinion. Is this book an opinion? I have some physical words in here and some empathy all humans think of actually about our current. This book does not follow humans your supernatural beliefs it's follow the starting if knowing what are here and what comes to here. Me myself I believing God words the world comprehension the trust in what it dies for people and for itself. Am I trying to make believe out the world NO the world what it knows and you cannot take it for what it shows and tell it is not. It is not invisible things that you cannot see but you know. Somethings make it works so you can see the rain falling but you do not know. What makes it falls or how it works to come here. Some parts are visible and some parts are not you did not see me right this book but here you are reading the invisible me. I am behind the writing of this who think like me the way the work to me look like animation with something at the control start controlling the world. Why you use start well what will you use then. You don't know what you are talking about you don't know what controls the world the world dies not have control. You don't tell me that it has something that keep it going see you said keep it going it going on its on. I'm not arguing with you about things that we do not have any control over.*

*You said you would not look for that what will keep you from being missing. Well I always think about things that work in the world of man and woman. But I like to talk about words and numbers the leader is one. The follow is number two and on and on I always have a problem with words and numbers. What problems does you have with numbers. The number two, what are you saying about the number to. You and I have to look at that number very, good I do not know what you see from numbers to but I see a lot of things that came to from that number to one started two. Wait hold up you said who came to so you are saying someone came from to or came to life and came to. What are you looking for the world will never tell you all it knows because you will be smarter than the world. This is the smartest world I ever knew and I don't know it all. Did you add all it together to get what you need. What came to your mind? Life came from death or life came from life. The world tells me what I know I thought you told me what I know as a person but you did not tell me all of this, I came to. What inspired you to write a book? The world want you to know and learn things that or has to give to the one that are looking to see in the mind of things that makes the world will not have to work so hard so you are the world helper. The kind of knowledge only exist in 2000 A.C. will you be inspired? Learning how the world ask you will never learn how the world ask tell that to someone else this thinking are different or reading. What happens to the one that didn't come to the world came to the beginning of his time.*

*A book that came to know what it's say. Looking to come and tell you what it is looking for things that we may not know. This book is looking for what happened. How did you miss this? Miss what? The book that tells you many things about how things are somethings work or can you fix it to make it work. This book need glasses to see itself work. I thought the book can not see itself with his;; and now you say it need to see itself works. Is this book with a mind are a head or mouth or eyes to see. Where are you going with this book. The way you are telling this book to do things I am not going no where with this book. This book is coming with me where and I'm going. I am trying to find some of the things that know how to find me and I cannot find it. This book did not tell you how to find nothing but it read things that you can know what are you trying to know my eyes. Can you see the moon that is a long way from earth. You have some powerful eyes to see that far how far do you think the moon is from the earth where I live. Millions of miles and I can see in the moon oh there is where the miss is in the moon. This is one man way of thinking  death is our leader  it commands in his organization that is what I see in my life that I live in here. It look real to me maybe there are not a word that will help the miss one from earth. I will not look but you can if you like to be a leader. The leader is the one on earth and you can see for yourself. The leader living organization is real and we all can see what catch one give to the other. This book does not knowing built if you read this book you will know.*

*You told me to close my book it won't shut up. It seems like hot has it on mouth mind and do not know when the right command or code to stop or shut up. Who are you talking to yourself how can you talk to yourself. When there are the refrigerator to the house, the car, and the moon the s in and all the things around you are the that making the sound are they talking to that stranger. You are talking like that's who are talking like that what are they trying to tell me about shut up. The word stranger come from everywhere from the unknown outside looking in a difficult to understand if I explain itself am I relating to the things another origin not before a known sound are you your own boss. Do you really know who you are talking to out of sight well what about in sight on true out can be the true because the things we seen and do. The one true came to meet the world I came to meet the world you came to meet the word. How many are you that's is three you just said the world needs itself. I came to meet the world for what ayes I said that where did you come and meet the world at. You ask a dumb question give a dumb answer I don't have dumb anywhere I say is meeting on earth how can you say that and the world is the earth how can you separate them. Who are you talking about them words are separated two words mean the same thing no to words me and two words. Well will you bring me back to where I met you at where we are meeting the next time. I'm trying to get a ride to the meeting place where I come from. When I come and meet the world my eyes open and I seen a lot of things with my eyes can you see what do you know that never came to the world. I said NEVER came to the world.*

*The world except everything it's never turned around or turned down anything always come to the world and does not say no you cannot come in my world. That I know about all things come here. What do you want are calling me to come somewhere I can not tell people. What I know they need to tell me what they know people have different ways they think of things in here. I pinched myself and I felt real to myself this is really happening that your mind put it on paper came from the word. You has to keep going under until you reach that point of no return you can keep my book just return the knowledge so it will learn that. It is so much being talked about and we are in some of the things that no one on earth really know about because there are so much knowledge that was discovered in the way we used words. Really no where going over here and some other say they are going over there I know the world will suck you up into the appearance of the looking in disappeared off the face the earth. Where did you go I went to that place God company I thank God for waking me up and putting me to sleep and waking me up and again. Some people make sure they talk to God from talking I say what do you say to enter your knowledge has to tell when you get there do not stutter because you prayed to your body to be clean in the heavenly place the world came to see you go there. What do you pray I prayed to live everyday on earth and in the world. I am following my life or live the first time came to the world. I would have to come back to the world or the earth I got put out.*

I think that I said when you read this book you will know you are saying that is not the truth. How can a book that you are reading it because you open the book to read. So your knowledge open the book your knowledge reading the book. This book knows you because the book on all the face looking word company. The book words talks about you, no the words does not talk. Well what do the words talk mean then. Don't to there with that what you are saying just keep reading and have fun with your learning and mind. Do not come to me with nothing because this book will never shut up because it been open and can tell all the words you be one that knows every word from talking. I said let it go on and on in his knowledge and you will know the way the way meaning are everything in its on turn. It's turn the knowledge back to you I see you learned how I work. The words are you this book will go on until you stop putting the way it is here a man told me I want to be God . What do you say to that but I will say this and I will be guessing and that is not good or right to guess but it came in my writing. That sunshine kill you and me it takes something from your body such as sweat from your body. It takes whatever it won't from your body if I say.

*Everything have a reason to come and go through the time that came to me never been sleep. How can that be it never came to time never been sleep how can that be. It never came to it was already working here maybe where did. It came to that is this the thing that makes mistakes. These words are not true what words are not true time came to. All of them came from something the way they think. This book cannot catch anything but when you catch death this book will hold it whip out your hand. One page came to this book did you come out that dream what technology you are looking for from I came too. Did you wake up is this the right technology for the world came too. What technology do you find start catch death who started catch death there are no win to catch that and hold. So it cannot get away again start came here start came too what did you mean about start come to start was not sleep. That I know about you don't know about that about bringing something to someone my brain brought this to see. If you can do anything with the way these things go and comes in time it starting time to move you was not born to know these true had started up and never to be turned with your hand on or off. The only power of the world start moving these ways are ways start time by doing there ways or your ways. Everything has there on way are putting words the way they go the reasons. START FOLLOWING.*

*I do not want my picture on my money I just want in God we trust money in my pocket. You are not a poor pay just come to all visible are invisible thank to all so left no one out. I like to bank this one in the side pocket hey look like someone always digging my pocket to pay some bills all the time. The time I'm here it's time for me to dig in somebody's bank are I can get in your pocket I am not that big only 210 pounds just put it in my hands. I will put it in my pocket put what in your pocket your money will go in my pocket no it wont it's too big well the bank will hold it for me. You are in living words in here the word live word breathing the word world it sees the word to tell them what to do. You cannot say you don't know what I am talking about you need the word you cannot get around with thought the word that we put in the book on your earth. I wrote that word that is the reason white and black. I look at the moon and see black and white in that moon and black and white on earth the moon half is the moon be hold and then it goes and come. In a half moon is this a way the world people look different from other people. What do you see you see the moon another way I can see it just like it is the black was round in the moon and left and comes back. When the moon is full why it left no answer from me. Where did it go you tell me then the wife shines came as a half of moon so where did the miss go to the moon. Look over the world and over you also know that is why it comes to see your day and night look for yourself. That is the way God made it up. The moon works for you very hard for you to try to keep it right for all the good of God and me the moon has to keep the sunshine from burning you up. The moon is on your side because when I eat I can not eat anything that has been left in the sunshine too long. It will kill me or make me sick germs come up on you. If eaten that food will be bad for me and you. But the moon keep your food and you and me cool. It keeps your food and meat in cold or cook just say it help keep it stay cool. People asked what religion are you I said I am a child of God that have me the words to tell this. I said a book that nobody want to read. Why did you say nobody do not get it twisted all up. When I am dead and someone find his body how can a dead body going to say. I found his body how can a dead body read it can not ok which one holds the most part of your body the sunshine or the moon. I was pretty built not just me and you the face or a man and a lady is built to look and see me and you together for what to do right yes but we did wrong who said we did wrong to come here I came to see that pretty lady are you a woman to help me to figure it out. Is that the reason you came out here she came to see me no you came to see what was going on down her yet and then I came back and got you are you coming on your on I can not tell it just right but just close to right as I can be figured. I figured you are fine to me 💔 you are getting fresh with me. Well how did it start then I am trying to rainbow you was unwrap from the peace that is miss. I think something was missing God made it all together. I do not see it all but it's out here for you to see what are you saying you need for yourself you know better than me. I am just using the pen to write my life I did not write your life write your own do not look for me to do your work for you. I don't know did I do a good job on my thanks to Willie Neal Martin for taking a chance with a man to bring me in here on earth.*

*What are you going to do with your knowledge huh bro let me put your knowledge in my book of your knowledge say we may come up with somethings when your knowledge and my knowledge knows one from the other become the book of knowledge from things that knows me. I rise like the sun and go down like the man I am thinking like the sun and my body I don't know but I think a lady to me looks like the moon in its on way. Why did you say that because the moon you see me or what do you see in that moon shadow. When you look into that moon you see a different picture in the moon all the time. The moon make a things that I can see are amazing like that lady look like the moon are cut in half. One people say the moon are wasting. I say the moon is shining to show you what it has in it the moon has all kinds of break in the command rules or the world your mind help this book. It's one thing beginning on that makes a change everyday that is not on your book you put it in this book I need you to put all people know lease on people books. People that are smart you are all are in my book the Face Looking My Company come with me and give it your best from all the great mind or the world is there for me. This book was unknown untitled I came to tell it.*

*Where did the world came from were are the world going I like to know everything I thank many book left out. I did not know so this book trying to find all the things that you want to know about the working of all things everything has to eat to stay here. I think everything on earth is living in it way what is the world doing growing or just spending. Can you ask the world anything do the world tell you what to do how old will the world get. Can you tell this book anything can you say this book is wrong well my it knows how to get it right. If I had a chance to tell this book something what would it be that you well tell catch that death before live catch death. It seems like a race in the time we live in one trying to catch the other in the in the wrong. What are the meaning of come to was the right you was sleeping and come to or they call that waiting up who said the world came from somewhere. When I leave there will never be another thinking like him. I came here to pass by here ever where I went I passed by the store I passed by your house. I can not say I am passing through here because I will be going out the world and how can you do that everything is still on earth. What left out of earth or world I see another left the world. You may have hid somethings and can not find it no more. If I find your smell can I cologne your smell. You smell your self meaning more than a bath the way I I think is this book from earth is from some where that the unknown. This is not a movie thing that's happy you did not see come to you. Where do thinking come from they say the mind well body should already wrote this book if all thinking comes from the mind.*

*I was talking to a lady paying some bills and a man was talking to me when I told the lady paying some bill and a man was talking to me when I told the lady and the ladies that was waiting on me. I had paid my bill and the man saying make by something I said I will buy your knowledge and you can show me how to make all my money back . He say I show you how to double. Your money back I say how he say it back. I went on by my way the black can cover the moon as the black cloud come pass by the moon you can not see the clear moon at that particular time when a write cloud go across the moon you can see through the white cloud be able to see the moon shine then the sun know the moon and I think the moon know the way to stay away from the sun and the sun and the sun know how to stay away from the moon they know man and lady you do not know the sun and moon like they know you this is things that know you do all the time and do it never forget know the world never forget about tomorrow is coming it not like me and you I will forget things I need to do or use in that day or night time and at night or day I did not forget to put this book and at night are day I did not forget to put this book in your mind to you do not have this book will here. I am passing it to you take it and find some of the things are moving from on to here I came in the world with mother but I won't to have something to live for why I am living on earth I came here poor but I like to have some money why living on earth where are my money it must be hiding from me tell me where the hiding place at and I will go and get it before you get it back again did a man have to die to be on his money I never seen a live man on money*

### Mistake Letter

I, Robert Martin, would like for Author House to continue putting my pages in my book, "The Face Looking Company". I have submitted these sheets to Author House. These will go at the back of the book, which are the pages that was left out. Once the pages have been added the book will be complete. I have paid $2,500.00.

If there is a charge, please let me know.

Thank you,

Robert Martin

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TXu 2-090-097

**Effective Date of Registration:**
December 13, 2016

---

## Title

**Title of Work:** The face looking company

## Completion/Publication

**Year of Completion:** 2016

## Author

**Author:** Robert Lee Martin
**Author Created:** some text, some illustrations
**Citizen of:** United States
**Year Born:** 1958

## Copyright Claimant

**Copyright Claimant:** Robert Lee Martin
3995 McClaim Road, Liberty, MS, 39645
**Transfer statement:** The author name is Robert Lee Martin

## Limitation of copyright claim

**Material excluded from this claim:** A book that talk about the world and the people in the earth and smell and tell
phone that talk and think and walk round the world the book that control this
book
**Previously registered:** Yes
**Previous registration and year:** VA1-715-212

**New material included in claim:** some text, some illustrations

## Certification

**Name:** Robert Lee Martin
**Date:** December 10, 2016

---

Robert Lee Martin
3995 McClaim Road
Liberty, MS 39645

Voice Books mirror Chip
Robert martin
Electronic Nose Talking

1.



2.

Every body Like number to
go on the book

3.



Artificial Intelligence

. Hear are my Invention make It talk and smell

This is not a shaped Frame arch Door

Thank for the Interview summary

This Picture is on the book but they wont number to
the court will handler all of this case I hope they talk

to Author House about putting all this in the book.

But not my social security Number are bank number

Voice Books mirror Chip
Robert martin
Electronic Nose Talking

1.

2.

Every body Like number to
go on the book

3.



Artificial Intelligence
. Hear are my Invention make It talk and SmeLL
This is not a shaped Frame arch Door
Thank for the Interview Summary.
This Picture is on the book but they wont number to
the Court will handler all of this case I hope they talk
to Author House about putting all this in the book.
But not my social security Number are bank number

Voice Books Mirror Chip

From the beginning Voice Book smart smell and tell and talking machines service computer has a device. The first reply date of interview was the 31 of May 2018.

To Whom It May Concern inner and outer body
From: Robert L. Martin

This is not a mistake, this is an invention that was wrote and built. I, Robert Martin put on paper the art unit 2665, December 30, 2015 delivery mode. In the copyright office we sent the Voice Book in to the copyright to put all my work together. The computer smart smell and tell was the first born air smell and we told you on paper we have a computer that talk and tell you word and listing to what you tell it. They say my idea has to have a title to it. So, what must I call or name my invention. Call me everything which one you want to talk about. I let my smell and tell go into abandoned, because the computer smart was left out. When the certification of micro entity status gross income basis. It is say title of invention. We are here to resolve the application and move forward with the Patent application No. 14/475.553 filing date 09/02/2014. First named inventor, The Idea Design Studio made the shaped frame arch, I did not say no to the arch. But, I put in my copyright paper work on a phone are an IPhone that has sniffing sensor camera touch hand print smell and tell unit. Talking Idea Design Studio could have made the phone that do all the thing that I am telling you on paper, so I try to get some help to build the talking phone are whatever you build the talking and smelling device. IBM build the talking device with my understanding that it will work.

So, if a device identity and discovered recognition what if it told you what it found and when it found an odor. To keep me in the right and, if the liar can be caught by his smell or DNA. Lock and unlock the truth about people. You can say this is a smart decision. So, let's talk about the word smart, I wrote about smart devices. My word smart are been use all over the world and I need to get it back in copyright work or you need to pay me for that word smartphone. You know what we are talking about. So, my computer smart smell and tell are telling you that this is two inventions wrote in one. The telling device or talking. Now can you take talk from smell and tell are talking about a patent number to smart talking device and smell and tell device. These are the inventions we are writing and telling the Office Action summary to let get it the way it came to the company. The Face Looking Company

is a book that talks about IBM and Watson, they build the talking device and when they built the smell and tell but give me some are my part in this claim(s) 1-13. This is the first time patent rule, and is law had to rule on a telling device or a voice machine that process things as a man smell technology. My computers physical senses the doctor may hold in his hand a smell cognitive systems. I think like a computer, I hear like a computer, I touch like a computer. A computer that listen like IBM wasn't built from my copyright paper work. You can ask the phone a question and it will give you an answer. As you say smell and tell, it can give you some answer. Also, smell your breath and diagnose your sickness. Smell your DNA and know your name and your face. I cannot get all the credit for the talking phone, but I want my part of the patent. When I told IBM to build Watson they did the right thing for the world and me. So, I will name my invention a new name. This Idea is just like a man head, it's so many names to pick from. Voice Book smell and tell will the claim(s) <u>1-13</u> are subject to restriction and/or election requirement. If any claims have been determined <u>allowable</u>. You may be eligible to benefit from the patent prosecution Highway Program at a participating intellectual property office for the corresponding application. For more information please send to <u>Examiner Aaron W. Carter</u>. If the arch are built just like the Watson talking device the arch will be patentable, Robert Martin, LLC copyright 00319775481. The lawyer and ID's put on paper, this idea hold the first talking and smelling application in the world. Thing that talk, thing that smell is called a device that came to know me and you and that means this is a double invention that I wrote. Yes, we can separate the talking device from the, as you say, smell and tell to the device. We call a patent lawyer to file all the timely, in order to stay in the traversed he taken the money and lie to me, so what is a man to do when you have trust in a say they are a lawyer and nothing get done on this application. We are trying to start over on this important information for us. A patent number do you know how to patent The Voice Book smell and tell computer smells. For a computer smells, appliances explore, top electronics now computing and smart digital scent with computer technology machines smart smell from Robert Martin and IBM Innovations the science behind an answer. I can taste and touch five future technology. The invention that could be smarter than us. My computers was on jeopardy and the humans was destroys my invention change our lives. My phone can know whether you are and can see sight work off my paper. Other people are added. My technology in there device. They have all the other using smart to work for them. People are using, skip me and give it to you no bringing some back to me. I sent the smarts invention that has ever been sent to the United States Business Technology. Present my application claim to provisional statutory information system. The applicant

hereby certifies the following – (1) small entity requirement, the applicant qualifies as a small entity as defined in 37CFR1.27 my registration No 56341 LUCA D'OTTONE. My application type non-provisional subject matter utility. My customer # 41809 Domestic Benefit/National Stage Information: prior application status, application #61/703371. I never measured or sent any sides of my invention to anyone or drawings. Think to yourself for a few. My invention is based upon a dog, a dog or very smart dog can hunt for any kind of thing in the wood, deer, rabbits, etc. What I am telling you about my computer can hunt for all kind of things also. You came in my world of knowledge, acquired by a person through practical understanding my subject.

I never gave a perfect way to build a talking or smell and tell device. I, Robert, deserve any kind of patent number in the rule or patent number law. The beginning computer start to tell you thing to do patenting under the patent law. I do not know how the patent law work with a case like the right decision conclusion, resolution settlement. My information was used as the action translations and more definitions. You are the decision making you will decide over my making of my idea. You holding ruling and judgement. In the court of law a duly instituted organ of the government that administers justice, whether on the basis of legislation. Previous court decisions. I Robert Martin of equity to the law, for other that are using New Technology maybe, I, Robert Martin did not use the right words to tell you backward or forward that the double words have meaning. This is a double invention, talk and smell. I like what you said on a letter, "that you a layman" to all of these steps of which it will take to successfully be awarded a patent, yet I have every intention of doing what it will take to complete the entire process. I would humbly ask that you would grant this patent number on the merits due wit. Only the patent number are part of it.

### I am waiting

I, Robert Martin started the beginning of the talking computer and smell and tell technology. How do I get my money for my technology out of the system or my patent?

The phone and computer are working to tell what the other computer are doing. Talking are tell or smelling. Smell are tell on talking. Smell told talking your breath stink. Talking told smell, I smell and your odor is smelling bad. Smell are telling on talking, tell on each other. In my copyright, I said put this computer talking in cars are whatever you want to use it for.

1) Talking Book Beginning

2) The Beginning Books Talking

3) The book talk back are the computer talk back. This is my invention that talk, put all the part that make it talk and move. I contacted Mrs. Sarah B. Mcpartlin and I will be contacting her on the 19 of July 2018, about the dismissed petition decision. Will we use Watson IBM or build Voice book to assist applicants in making informed decisions. We are talking to the court for the patent number or a payoff percentage of the talking Watson. Here are the IBM computer smart smell and tell.

Look for yourself on the web. The specific components of nose is a device that identifies odor and analyzes its chemical makeup and other sensors recognition.

From Robert, thinking we did not know that Idea design was not a marketing system business at that time, we sent the computer – smart smell and tell to them. Engage better understanding as we learn they was only a design company and there copyright we cannot be used by Robert Martin unless they are ever what company built the door frame shaped arch. Will have to put all my technology in that arch and then we can keep it. But as of now we will not keep this drawing or this idea not to go with my work unless IBM put all my idea in the door frame shaped arch or any company put all that goes in it. If all my work will go in this door shaped frame arch we will keep it. Door shaped frame arch we did not build it as of yet. Robert Martin copyright number 14/475.553 did not talk about a door shaped frame arch, it talked about building smart thing that has Idea and work so my smart idea has been built by IBM company. We need to find a way to IBM – something that I can help participate are join in my copyright. Writing and there building the word I said in word on paper. I wrote the smart technology in IBM talking and smell machine to performing a particular task, you all should be glad that I was the smartest technology writing the whole world. Can you see that artificial intelligence man get what it need at work a peace of mine – my man machine. Digital I disputed some of the ways that I am left out on my writing idea. My name is Robert Martin, USA need to get it right. My computer store manipulated date or information in your business.

Information technology is when a computer is broad encompassing all forms of technology that involves any forms of electronic data. It includes technology with people's pose turning molecular. I am in control of my computer, smart smell and tell and talking? I

have explain to you that on paper that my computer can do things that humans can't. Do not dessert me or take me from my invention, add me to my invention. I agree when companies are using them. Make them be clear and stop affecting us. I hope there are no conflicts with me. Established principles in law, I am trying to get mine. You have a lot to tell me about my invention. I am not follow no one, they are following me and done taking over my ideas all over the world. How do I get my voice smell and tell in a complex system. Be the internal or IBM or all, explain my reinforcement learning automatically system interacting directly with the environment we live in. Can I trust anybody to work it out right? You will resign over any amid and finalized, I, Robert Martin would like for IBM or the judge for a percentage of your money and a yearly plan to pay Robert Martin and my child, Roshana Houston and her child as long as smell and tell be on earth. Step by step sent us copies of the payout sheet. If I left anything out, please fill in the missing part.

We like to get royalty for a book and a patent number or a patent.

_____

Robert L. Martin

I made a few mistakes. I wrote a book and sent a copy to Author House and said that I paid Author House $25,000.00, but that was a mistake, we paid them $2,500.00 to write a book for us and I sent that piece of paper to the copyright. I am glad I caught that mistake. When you are writing so much, you will make a mistake from time to time. I am sorry, very sorry I have put IBM in my book because we thought they had taken the patent and did not give me any of the payoff. I can take it out the book, The Face Looking Company, we are not here to give anyone any problems. If it's not a problem we will leave it in the book only. Talking about IBM Watson and their company, I think we need an attorney. This is a big discussion. Patent my way or Robert Martin ways on the computer smart smell and tell and talking. We do not know the real title to name this device. Voice Books mirror chip because here are 3 picture you are looking at.

LC COPYRIGHT

0 031 977 548 1

Hi, Roshana   | Sign Out

Yahoo! | Games   | Search

Check Mail | New          What's New | Inbox 201 emails          NEW Colors of Friends!          Fwd: Patent                    Mobile | Options | Help

Search Mail   Go          Delete | Reply | Forward          Spam | Move | Print | Actions

View your
2011 Credit Report

**Fwd: Patent**                                                                    Wed, April 27, 2011 4:46:50 PM

Inbox (187)
Drafts (3)
Sent
Spam (320)   Empty
Trash        Empty

Contacts   Add

Folders   Add

From:   KB Professional Services <kbpservices@gmail.com>          Add to Contacts
To:     sweetro08@yahoo.com
2 Files  Download All
ProvApp.pdf (446KB); customer_info.pdf (10KB)

Dear Robert,
Thanks for contacting me regarding your project, my name is Luca and I am a patent agent registered with the USPTO and I have been referred to you by Idea Design Studio (IDS): You can check my credential on line by pointing your browser at www.uspto.gov and select the link Search for an attorney or agent: my registration number is 56,341. Also, if you want to get familiar with the kind of work I do please feel free to browse my web site at www.kbpatentsflorida.com .

I think that a good start to obtain patent protection on your idea is to prepare and file a provisional patent application, but I would rather discuss with you the details of this work over the phone. For your convenience I added a brochure explaining the provisional patent application in great detail. While browsing my web site please note that the prices for Idea Design Studio (IDS) are slightly different then the ones published on the web site a quote for a provisional patent application is $250 including USPTO filing fees ($110). At your convenience please fill up the enclosed form and send it back at your convenience: it contains basic information about yourself that I need to prepare your patent application. Also in your case I already received all disclosure material regarding your invention, including the technical write up and the drawings.

TODAY: Tue, 5/3 - Thu, 6/30

**Applications**
Attach Large Files
Automatic Organizer
Calendar
Edit Photos
Evite
Flickr
My Cool Fonts

See If You Qualify!
Click Your Age

| | | | |
|---|---|---|---|
| 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | 32 |
| 33 | 34 | 35 | 36 |
| 37 | 38 | 39 | 40 |
| 41 | 42 | 43 | 44 |
| 45 | 46 | 47 | 48 |
| 49 | 50 | 51 | 52 |
| 53 | 54 | 55 | 56 |

Title of work contain so much or the Idea and so many thing it saying. It not one inventon in a cent it one and more Idea in it. Computer Smart Smell and tell. the Paper are project letter can go with my Copight registration Number VA1-715-212 effective date of registration August 14. 2009   Name  Robert L. Martin
                                                              July 30. 2009

I hope the librarian put it all the way I gave my copy to him If not you will have to put It together I run out of time I put It in the mail just Like he gave It to me

I have proof in this case, But in some cases the judge judge and the attorney win cases and do not have any proof of the decision you all just take people money, maybe this book need to be name, They don't wont us to have no money, any way the law has the right not the judge are the attorney and you do not wont no one to tell you about your miss. representative the law are proof for the people. I though we live by D and A Laws, proof of a number not just a word from the mouth will lie on me. Watch your unjust law, The true is hear in the machines and picture will talk and keep up with the true no more lie. True can catch the lieing, Build the true with machines you can not hide.

**c2-smell-and-tell-tech.jpg**



Image 2 of 3   « previous || next »          Download   Play   Close



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-715-212

**Effective date of registration:**

August 14, 2009

## Title

**Title of Work:** Computer Smart Smell and tell

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** July 30, 2009

## Author

■ **Author:** Robert L. Martin

**Author Created:** 2-Dimensional Artwork, Technical drawing

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

**Year Born:** 1958

**Anonymous:** No     **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Robert L. Martin

P.O Box 742, Liberty, MS, 39645

## Certification

**Name:** Robert L. Martin

**Date:** July 30, 2009

**Correspondence:** Yes

**Copyright Office notes:** Regarding title information: Useful article per se not copyrightable; registration based on separable, registrable authorship claimed in application. 17 U.S.C. 101, definitions of "Pictorial, graphic and sculptural works" and "useful article."

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TXu 1-968-821**

**Effective Date of Registration:**
May 13, 2015

## Title

**Title of Work:** The Face Looking Company and The Super System Robert Love Money

**Previous or Alternate Title:** Everything is Everything The Way the System Is

## Completion/Publication

**Year of Completion:** 2009

## Author

**Author:** Robert Lee Martin
**Author Created:** text, artwork
**Citizen of:** United States
**Year Born:** 1958

## Copyright Claimant

**Copyright Claimant:** Robert Lee Martin
3995 McClain Road, Liberty, MS, 39645

## Limitation of copyright claim

**Previously registered:** No
**Basis of current registration:** This is the first application submitted by this author as claimant.

## Certification

**Name:** Robert Lee Martin
**Date:** April 10, 2015

**Correspondence:** Yes

Robert Lee Martin
3995 McClain Road
Liberty, MS 39645



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

December 11, 2015

Robert Lee Martin
3995 McClain Road
Liberty, MS 39645

Correspondence ID:   1-1CS5OAP

RE:    The Face Looking Company and... Robert Love Money

Dear Robert Lee Martin:

We are delaying registration because we have a few questions regarding your application. All of the issues can be resolved over the phone. Please contact me at (202) 707-6149 to discuss your application. I am available Tuesday - Friday, from 9:30a.m to 5:00p.m., Eastern Standard Time.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copies under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission

Sincerely,
Robin Watson
Registration Specialist
Literary Division
U.S. Copyright Office

We would appreciate a prompt response regarding this matter. Please reply within 60 days.



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMM
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. | CONFIRMATION |
|---|---|---|---|---|---|
| 14/475,553 | 09/02/2014 | ROBERT MARTINS | | 2013IDSRM2NU | 8654 |

7590       12/30/2015

ROBERT MARTINS
3995 MCCLAIN RD
LIBERTY, MS 39645

| EXAMINER |
|---|
| CARTER, AARON W |

| ART UNIT | PAPER NUMBI |
|---|---|
| 2665 | |

| MAIL DATE | DELIVERY MO |
|---|---|
| 12/30/2015 | PAPER |

**Please find below and/or attached an Office communication concer** ing this application or proceedin

The time period for reply, if any, is set in the attached communication.

-- The MAILING DATE of this communication appears on the cover shee  with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE     MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, m  reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6)  NTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to becom  BANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, ev  f timely filed, may reduce any
  earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on _9/2/14 - 5/1/15_.

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed o

2a) ☐ This action is **FINAL.**   2b) ☐ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction re     rement set forth during the interview on
    _____; the restriction requirement and election have been incorpora    into this action.

4) ☐ Since this application is in condition for allowance except for formal r    ters, prosecution as to the merits is
    closed in accordance with the practice under Ex parte Quayle, 1935     . 11, 453 O.G. 213.

**Disposition of Claims***

5) ☒ Claim(s) _1-13_ is/are pending in the application.

    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☐ Claim(s) _____ is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☒ Claim(s) _1-13_ are subject to restriction and/or election requirement.

* If any claims have been determined allowable, you may be eligible to benefit from the     tent Prosecution Highway program at a participating intellectual property office for the corresponding application. For more infor     tion, please see
http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedba     @uspto.gov.

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objectec    by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abe    nce. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the draw    ](s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.    § 119(a)-(d) or (f).

    **Certified copies:**

      a) ☐ All  b) ☐ Some** c) ☐ None of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received     Application No. _____.

        3. ☐ Copies of the certified copies of the priority documents have b    n received in this National Stage
          application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
    Paper No(s)/Mail Date _____.

3) ☐ Intervi    Summary (PTO-413)
    Paper    s)/Mail Date _____.

4) ☐ Other: _____.

## DETAILED ACTION

The present application is being examined under the pre-     A first to invent provisions.


### *Election/Restrictions*

Restriction to one of the following inventions is required   nder 35 U.S.C. 121:

I. Claims 1-12, drawn to identity recognition security dev   e with arch shaped frame for

supporting multiple biometric sensor types and a computer for i   grating data from the sensor,

classified in G07C 9/00563.

II. Claim 13, drawn to a process of detecting an individu   s identity and matching it with

a profile using integrated captured data from multiple types of b   netric sensors, classified in

G06K 9/00892.


The inventions are distinct, each from the other because of the f   owing reasons:

Inventions I and II are related as subcombinations disclo:   l as usable together in a single

combination. The subcombinations are distinct if they do not ov   lap in scope and are not

obvious variants, and if it is shown that at least one subcombinat   1 is separately usable. In the

instant case, subcombination II has separate utility such as detec   g an individual's identity by

integrating captured data from multiple types of biometric senso   and matching it to a profile .

See MPEP § 806.05(d).

The examiner has required restriction between subcombi   tions usable together. Where

applicant elects a subcombination and claims thereto are subseqi   1tly found allowable, any

claim(s) depending from or otherwise requiring all the limitatior   of the allowable

subcombination will be examined for patentability in accordance with 37 CFR 1.104. See MPEP

§ 821.04(a). Applicant is advised that if any claim presented in continuation or divisional

application is anticipated by, or includes all the limitations of, a claim that is allowable in the

present application, such claim may be subject to provisional statutory and/or nonstatutory

double patenting rejections over the claims of the instant application.

Restriction for examination purposes as indicated is proper because all these inventions

listed in this action are independent or distinct for the reasons given above and there would be a

serious search and/or examination burden if restriction were not required because one or more of

the following reasons apply:

- *the inventions have acquired a separate status in the art in view of their different classification;*
- *the inventions have acquired a separate status in the art due to their recognized divergent subject matter;*
- *the inventions require a different field of search (for example, searching different classes/subclasses or electronic resources, or employing different search queries);*
- *the prior art applicable to one invention would not likely applicable to another invention;*

**Applicant is advised that the reply to this requirement to be complete must include**

**(i) an election of an invention to be examined** even though the requirement may be traversed

**(37 CFR 1.143) and (ii) identification of the claims encompassing the elected invention.**

The election of an invention may be made with or without traverse. To reserve a right to

petition, the election must be made with traverse. If the reply does not distinctly and specifically

point out supposed errors in the restriction requirement, the election shall be treated as an

election without traverse. Traversal must be presented at the time of election in order to be

considered timely. Failure to timely traverse the requirement will result in the loss of right to

petition under 37 CFR 1.144. If claims are added after the electi     , applicant must indicate

which of these claims are readable upon the elected invention.

Should applicant traverse on the ground that the inventio     are not patentably distinct,

applicant should submit evidence or identify such evidence now     record showing the

inventions to be obvious variants or clearly admit on the record     t this is the case. In either

instance, if the examiner finds one of the inventions unpatentabl     ver the prior art, the evidence

or admission may be used in a rejection under 35 U.S.C. 103 or     -AIA 35 U.S.C. 103(a) of the

other invention.

Any inquiry concerning this communication or earlier co     nunications from the

examiner should be directed to AARON W. CARTER whose tel     hone number is (571)272-

7445. The examiner can normally be reached on 9am-5pm EST     Ion. - Fri.).

If attempts to reach the examiner by telephone are unsuc     sful, the examiner's

supervisor, Bhavesh Mehta can be reached on (571) 272-7453.     : fax phone number for the

organization where this application or proceeding is assigned is     -273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-21 )197 (toll-free). If you would like assistance from a USPTO Customer Service Representative access to the automated information system, call 800-786-9199 (IN USA OR CANADA r 571-272-1000.

/AARON W CARTER/
Primary Examiner, Art Unit 2665

Robert Martin
3995 McClain Rd.
Liberty, MS  39645

September 6, 2016

U. S. Patent and Trademark Office
U. S. Dept of Commerce
c/o Mail Stop Petition, Commissioner of Patents
P. O.  Box 1450
Alexandria, VA 223139-1450

Subject:  A letter in support of the "Petition for Revival" application

## Ref:  Application No.: 14/475,553

Dear Commissioner of Patents:

   With reference being made to the original patent application which was filed on my behalf in 2014, I hereby submit that I do not have a desire for this process to be "abandoned".

   Note that I am a "layman" to all of these steps of which it will take to successfully be awarded a patent, yet I have every intention of doing what it will take to complete the entire process.

   I would humbly ask that you would grant this "Petition for Revival" on the merits due wit.

   Feel free to contact me at any time if you may have any questions or concerns.

Respectfully submitted,

Robert Martin

# CERTIFICATION OF MICRO ENTITY STATUS
## (GROSS INCOME BASIS)

| Application Number or Control Number (if applicable): | Patent Number (if applicable): |
|---|---|
| **First Named Inventor:**<br>Robert Martins | **Title of Invention:**<br>SMELL AND TELL |

The applicant hereby certifies the following—

(1) **SMALL ENTITY REQUIREMENT -** The applicant qualifies as a small entity as defined in 37 CFR 1.27.

(2) **APPLICATION FILING LIMIT -** Neither the applicant nor the inventor nor a joint inventor has been named as the inventor or a joint inventor on more than four previously filed U.S. patent applications, excluding provisional applications and international applications under the Patent Cooperation Treaty (PCT) for which the basic national fee under 37 CFR 1.492(a) was not paid, and also excluding patent applications for which the applicant has assigned all ownership rights or is obligated to assign all ownership rights as a result of the applicant's previous employment.

(3) **GROSS INCOME LIMIT ON APPLICANTS AND INVENTORS -** Neither the applicant nor the inventor nor a joint inventor, in the calendar year preceding the calendar year in which the applicable fee is being paid, had a gross income, as defined in section 61(a) of the Internal Revenue Code of 1986 (26 U.S.C. 61(a)), exceeding the "Maximum Qualifying Gross Income" reported on the USPTO website at http://www.uspto.gov/patents/law/micro_entity.jsp which is equal to three times the median household income for that preceding calendar year, as most recently reported by the Bureau of the Census.

(4) **GROSS INCOME LIMIT ON PARTIES WITH AN "OWNERSHIP INTEREST" -** Neither the applicant nor the inventor nor a joint inventor has assigned, granted, or conveyed, nor is under an obligation by contract or law to assign, grant, or convey, a license or other ownership interest in the application concerned to an entity that, in the calendar year preceding the calendar year in which the applicable fee is being paid, had a gross income, as defined in section 61(a) of the Internal Revenue Code of 1986, exceeding the "Maximum Qualifying Gross Income" reported on the USPTO website at http://www.uspto.gov/patents/law/micro_entity.jsp which is equal to three times the median household income for that preceding calendar year, as most recently reported by the Bureau of the Census.

## SIGNATURE by a party set forth in 37 CFR 1.33(b)

| | | | | |
|---|---|---|---|---|
| Signature | /luca d'ottone/ | | | |
| Name | LUCA D'OTTONE | | | |
| Date | 07/30/2014 | Telephone | (305) 975-0897 | Registration No. 56341 |

There is more than one inventor and I am one of the inventors who are jointly identified as the applicant.

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 2013IDSRM2NU |
| | Application Number | |

| Title of Invention | SMELL AND TELL |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2  (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor    1 | | | Remove | |
| Legal Name | | | | |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Robert | | Martins | |

| Residence Information (Select One) | ⦿ US Residency | ◯ Non US Residency | ◯ Active US Military Service | |
|---|---|---|---|---|
| City | Liberty | State/Province | MS | Country of Residence | US |

| Mailing Address of Inventor: | |
|---|---|
| Address 1 | 3995 McClain Rd |
| Address 2 | |

| City | Liberty | State/Province | MS |
|---|---|---|---|
| Postal Code | 39645 | Country i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.         | Add |

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | 41809 |
|---|---|
| Email Address | | Add Email | Remove Email |

## Application Information:

| Title of the Invention | SMELL AND TELL | | |
|---|---|---|---|
| Attorney Docket Number | 2013IDSRM2NU | Small Entity Status Claimed | ☒ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 7 | Suggested Figure for Publication (if any) | |

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 2013IDSRM2NU |
| | Application Number | |

| Title of Invention | SMELL AND TELL |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☒ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ⦿ Customer Number | ◯ US Patent Practitioner | ◯ Limited Recognition (37 CFR 11.9) |
| Customer Number | 41809 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.

| Prior Application Status | Pending | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| 61/703371 | non provisional of | 61/703371 | 2013-09-18 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |

Additional Foreign Priority Data may be generated within this form by selecting the
**Add** button.

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 2013IDSRM2NU |
|---|---|---|
| | Application Number | |

| Title of Invention | SMELL AND TELL |
|---|---|

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☐ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 2013IDSRM2NU |
|---|---|---|
| | Application Number | |

| Title of Invention | SMELL AND TELL |
|---|---|

## Applicant   1

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

| Clear |
|---|

○ Assignee            ○ Legal Representative under  35 U.S.C. 117            ○ Joint Inventor

○ Person to whom the inventor is obligated to assign.            ○ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here.            ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| Address 1 | |
|---|---|
| Address 2 | |
| City | | State/Province | |
| Country | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

# Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

## Assignee   1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 2013IDSRM2NU |
| | Application Number | |
| Title of Invention | SMELL AND TELL | |

If the Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Non-Applicant Assignee:**

| **Address 1** | |
|---|---|
| Address 2 | |

| **City** | | **State/Province** | |
|---|---|---|---|
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee Data may be generated within this form by selecting the Add button.

## Signature:

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| Signature | /LUCA D'OTTONE/ | | | Date (YYYY-MM-DD) | 2014-07-30 |
|---|---|---|---|---|---|
| First Name | LUCA | Last Name | D'OTTONE | Registration Number | 56341 |

Additional Signature may be generated within this form by selecting the Add button.

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.