```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

ROBERT L. MARTIN                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 5:18-cv-73(DCB)(MTP)

IBM CORPORATE HEADQUARTERS, ET AL.                           DEFENDANTS

## JUDGMENT

THIS MATTER having come before the Court <u>sua sponte</u> to address the plaintiff Robert L. Martin's failure to prosecute this action;

AND the Court having found that the plaintiff failed to serve process on the defendants, despite the directions given to plaintiff by Magistrate Judge Michael T. Parker concerning service of process;

AND the Court further finding that although Magistrate Judge Parker gave the plaintiff additional time to serve process, and warned the plaintiff of the consequences of failure to serve process, including dismissal of this action without prejudice, the plaintiff did not serve process on the defendants;

NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED AND ADJUDGED, this the 16th day of April, 2019.


                                      <u>David Bramlette          </u>
                                      UNITED STATES DISTRICT JUDGE