4-19-2019



From Robert Martin
To the United States District Court for the Southern District of Mississippi Western Divison (Civil Action No. 5:18-CV-DCB-MTP.

Robert L. Martin, Pro SE
Plaintiff
V.
IBM Corporate HEADQUARTERS. ET.AL.
DEFENDANTS

PROOF OF SERVICE
Respond to The Close Case

This Matter was before the Court Sua Sponte and I Robert L Martin are trying to tell the Magistrate Judge Michael T. Parker that has warned Martin that this action could be dismissed if he did not complete service by that date. mr Judge Parker we are hear for you to granted Martin more time to file a case with the hiberty. Mississippi Post Office because Some one has hack the mailing of all of My letter to the Company. IBM Corporate HeaD QuaRTERS. and here are proof of the mail that did not get to the right company, what is it to do when we are trying to Send a letter to the hacker.

No we are not trying to send no letter no were but to the Company, so they can respond to the information that we need for the court. So I have to sue the Post Office of Liberty Mississsppi are Post office for Lost mail are What? I am Lost and need help from you all to give me the right and requesting a investagation of what happy. and additional time to fine are filed a letter retained to this case. What case are you talking about? maybe I am not saying this right. The case that are close need to be reopen, and the case that are Pending in the post office and hear are some copy of the letter were the cartified mail went to. USPS Tracking Intranet Tracking Number Result. Product Tracking & Reporting and hear are my case Number from the post offic - CA142648566 Hear is the company address and the did not go hear IBM Corparate 1 New Orchard Rd Armonk. NY 10504-1722 Were are my mail that I Send to IBM.

4-19-2019

Thank
From
Robert