Profile
Case Info
Case Notes
Messages
Attachment
History
Actions



### Case Summary:

|  |  |
|---|---|
| Case ID: CA142648566 | Case Owner 1370401 |
| Contact Preference: Phone | Case Status: Working |
| Primary Phone: 601-807-0628 | Title: |
| E-Mail Address: | Customer Name: Martin, Robert |
| Source Code: 1-800-ASK-USPS | Repeated Case IDs: - none - |
| Address 1: 3995 MCCLAIN RD | Date Created: 04/16/2019 |
| | Due Date: 04/19/2019 |
| Address 2: | Urgent: ☐ |
| City: LIBERTY | |
| State: MS | |
| ZIP Code™: 39645-7109 | |

### Clarifying Details

Inquiry Type: Personnel            Involved:

Category: Letter Carrier            Detail:

Additional Detail:

### Clarifying Questions

*I have a Compliment:* Not Applicable

*I have a Complaint:* Not Applicable

*Do You Know the Carrier's Name: N/A

*Where Did the Incident Occur:

Facility Name: ARMONK

Office Type: Station

Street: 403 MAIN ST

City: ARMONK

State: NY

ZIP code™: 10504-7000

Urbanization:

*Date of Incident or Best Guess: 04/16/2019

Additional Information: 9590940244708248697533 This customer is concerned and not happy about the fact this is the second time he sent a Certified with a return receipt and the return receipt came back without a signature. This is what he paid for

Print

Profile
Case Info
Case Notes
Messages
Attachment
History
Actions

**Case Activity History**

| Activity | Date/Time | By |
|---|---|---|
| Ticket 142648566 created. [US/Central] | 04/16/19 09:15 AM | KBKXV0 |
| Assigned To User 1370401 [US/Central] | 04/16/19 09:15 AM | System Workflow |
| First Contact [Spoke with Customer] [US/Central] | 04/17/19 08:49 AM | G2YJKC |
| << Previous | Record(s) 1 to 3 of 3 | Next >> |

**Self Service History**

| Date/Time | Solution Title |
|---|---|
| | |

Current Facility: LIBERTY(1370401) ∨                        [ Change Facility ]

**My Assigned Cases**

My Assigned Cases ∨  [ Print ]

| Date Created | FC | Due Date | ! | Customer Name | Source Code | Status | Case Id | Select |
|---|---|---|---|---|---|---|---|---|
| 04/16/2019 | ✓ | 04/19/2019 | | Martin, Robert | 1-800-ASK-USPS | Working | CA142648566 | |
| << Previous | | | | Record(s) 0 to 1 of 1   (Total cases: 1) | | | Next >> | |

**Open Requests for Assistance**

| Case Due Date | ! | Date Requested | Source Code | Status | Case id | X |
|---|---|---|---|---|---|---|

**My Office (LIBERTY) at a Glance**

[ Show Metrics ]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

IBM Corporate
1 New Orchard Rd.
Armonk, NY 10504-1722

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4470 8248 6975 33

7017 1070 0000 6145 8692

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

Case Number
CA142648566

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt



USPS TRACKING #

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
590 9402 4470 8248 6975 33

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

States
Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Robert Martin
3995 McClain Rd
Liberty MS 39645
CA142648566

39645-710995

Help

## Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE.

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | April 15, 2019 |

### USPS Tracking Intranet Tracking Number Result



1. On 3/31/19, PTR changed the event description on all versions of the intranet tracking results for consistency. E.g., on the container results page, the U1 event was UNLOAD but now reflects ARRIVE USPS FACILITY. The change is for the description only.
2. "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service.
Updated: 4/18/19

### Result for Domestic Tracking Number 7017 1070 0000 6145 8692

#### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 105041725 | ARMONK | NY |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 39645998 | LIBERTY | MS |

#### Tracking Number Classification

**Class/Service**

| | |
|---|---|
| Class/Service: | First-Class Certified Mail |
| Class of Mail Code/Description: | FC / First Class |

**Destination Address Information**

| | |
|---|---|
| Address: | 1 NORTH CASTLE DR |
| City: | ARMONK |
| State: | NY |
| 5-Digit ZIP Code: | 10504 |
| 4-Digit ZIP Code add on: | 1725 |
| Delivery Point Code: | 99 |
| Record Type Code: | Building/Apartment |

**Origin / Return / Pickup Address Information**

| | |
|---|---|
| Address: | |
| City: | |
| State: | |
| 5-Digit ZIP Code: | 39645 |
| 4-Digit ZIP Code add on: | 9998 |

**Service Delivery Information**

| | |
|---|---|
| Service Performance Date: | Expected Delivery by: Friday, 04/12/2019 by 8:00pm |
| Network Predicted Delivery Date: | Friday, 04/12/2019 |
| Delivery Option Indicator: | 1 - Normal Delivery |
| Zone: | 06 |
| PO Box: | N |
| Other Information | Service Calculation Information |

**Payment**

| | |
|---|---|
| Payment Type: | Other Postage |
| Payment Account Number: | 000000000000 |
| Postage: | $1.15 |
| Weight: | 0 lb(s) 2 oz(s) |
| Rate Indicator: | SINGLE PIECE - FLAT |

**Other Information**

| | |
|---|---|
| Related Product: | 9590 9402 4470 8248 6975 33 |

Agent Information

## Extra Services

### Extra Services Details

| Description | Amount |
|---|---|
| Certified Mail | $3.50 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| TRACKING INQUIRY, CALL CENTER | VT | 04/16/2019 | 09:08 | LIBERTY, MS 39645 | Customer Driven Activity | | | 04/16/2019 09:09:35 | Request Delivery Record |
| TRACKING INQUIRY, CALL CENTER | VT | 04/16/2019 | 09:08 | LIBERTY, MS 39645 | Customer Driven Activity | | | 04/16/2019 09:09:36 | |
| TRACKING INQUIRY, CALL CENTER | VT | 04/16/2019 | 09:08 | LIBERTY, MS 39645 | Customer Driven Activity | | | 04/16/2019 09:09:36 | |
| TRACKING INQUIRY, CALL CENTER | VT | 04/16/2019 | 09:08 | LIBERTY, MS 39645 | Customer Driven Activity | | | 04/16/2019 09:09:35 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/15/2019 | 12:16 | | System Generated | | | 04/15/2019 11:28:34 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/14/2019 | 12:16 | | System Generated | | | 04/14/2019 11:31:33 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/13/2019 | 12:16 | | System Generated | | | 04/13/2019 11:28:34 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/12/2019 | 12:16 | | System Generated | | | 04/12/2019 11:25:34 | |
| ENROUTE/PROCESSED | 10 | 04/11/2019 | 20:16 | WHITE PLAINS, NY 10610 | Scanned | AFSM100-003-2 | | 04/11/2019 19:25:37 | |
| ENROUTE/PROCESSED | 10 | 04/11/2019 | 13:02 | WHITE PLAINS, NY 10610 | Scanned | AFSM100-002-2 | | 04/11/2019 12:11:35 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/10/2019 | 12:31 | | System Generated | | | 04/10/2019 12:44:34 | |
| DEPART POST OFFICE | SF | 04/09/2019 | 16:31 | LIBERTY, MS 39645 | System Generated | | | 04/09/2019 16:54:32 | Closeout Label ID: CT 13 7040 1000 1904 0916 4600 000 |
| ACCEPT OR PICKUP | 03 | 04/09/2019 | 09:04 | LIBERTY, MS 396459998 | Scanned | POS | Destined to route C007 | 04/09/2019 09:38:38 | Facility Finance Number: 274303 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search   Submit

Help

# Product Tracking & Reporting

 **UNITED STATES POSTAL SERVICE.**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EOW | USPS Corporate Accounts | April 19, 2019 |
|------|--------|---------|--------------|---------------------|-----------|-------------------------|----------------|

## USPS Tracking Intranet Tracking Number Result

> 1.On 3/31/19, PTR changed the event description on all versions of the intranet tracking results for consistency. E.g., on the container results page, the U1 event was UNLOAD but now reflects ARRIVE USPS FACILITY. The change is for the description only.
> 2."Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service.
> Updated: 4/18/19

### Result for Domestic Tracking Number 9590 9402 4470 8248 6975 33

### Destination and Origin

#### Destination

| ZIP Code | City | State |
|----------|------|-------|
| 39645 | LIBERTY | MS |

#### Origin

| City | State |
|------|-------|
| | |

### Tracking Number Classification

#### Class/Service

| | |
|---|---|
| **Class/Service:** | Domestic Return Receipt PS3811 Green Card |
| **Class of Mail Code/Description:** | FC / First Class |

#### Destination Address Information

| | |
|---|---|
| **Address:** | 3995 MCCLAIN RD |
| **City:** | LIBERTY |
| **State:** | MS |
| **5-Digit ZIP Code:** | 39645 |
| **4-Digit ZIP Code add on:** | 7109 |
| **Delivery Point Code:** | 95 |
| **Record Type Code:** | Street Record |
| **Delivery Type:** | Residential, Sidewalk |

#### Origin / Return / Pickup Address Information

| | |
|---|---|
| **Address:** | |
| **City:** | |
| **State:** | |
| **5-Digit ZIP Code:** | 10504 |
| **4-Digit ZIP Code add on:** | 1725 |

#### Service Delivery Information

| | |
|---|---|
| **PO Box:** | N |

#### Payment

| | |
|---|---|
| **Weight:** | 0 lb(s) 0 oz(s) |

#### Other Information

| | |
|---|---|
| **Related Product:** | 7017 1070 0000 6145 8692 |

Agent Information

### Extra Services

#### Extra Services Details

| Description | Amount |
|-------------|--------|
| USPS Tracking | |
| Return Receipt | $2.80 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| TRACKING INQUIRY, CALL CENTER | VT | 04/16/2019 | 09:07 | LIBERTY, MS 39645 | Customer Driven Activity | | | 04/16/2019 09:08:38 | |
| TRACKING INQUIRY, IVR | VT | 04/16/2019 | 08:55 | | Customer Driven Activity | | | 04/16/2019 08:56:33 | |
| DELIVERED, IN/AT MAILBOX | 01 | 04/15/2019 | 13:49 | LIBERTY, MS 39645 | Scanned | MDD 15102D80AD (interface type - wireless) | Scanned by route 9645R004 | 04/15/2019 13:55:33 | GEO Location Data Available Facility Finance Number: 274303 |
| ENROUTE/PROCESSED | 10 | 04/12/2019 | 19:01 | WHITE PLAINS, NY 10610 | Scanned | AFCS200-023- | | 04/12/2019 18:04:33 | |
| RETURN RECEIPT ASSOCIATED | GC | 04/09/2019 | 09:04 | LIBERTY, MS 39645 | System Generated | | | 04/09/2019 09:44:32 | |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ∨    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 19.2.4.0.11