# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director



FILED

MAY – 1 2019

ARTHUR JOHNSTON

BY_____ DEPUTY

**Registration Number**

## TX 8-503-069

**Effective Date of Registration:**
February 20, 2018

---

## Title

**Title of Work:** The Face Looking Company: The Beginning Love Walk Around the World

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 02, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781524626303

## Author

- **Author:** Robert Martin
**Author Created:** text
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Robert Martin
3995 Mclain Road, LIBERTY, MS, 39645, United States

## Certification

**Name:** Carmen Tunacao
**Date:** February 20, 2018
**Applicant's Tracking Number:** 522398

---

**Copyright Office notes:** Regarding deposit: Accepted under ongoing grant of special relief dated June 2015. 37 CFR 202.20(d).

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-715-212

**Effective date of
registration:**

August 14, 2009

---

## Title

**Title of Work:** Computer Smart Smell and tell

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** July 30, 2009

## Author

**Author:** Robert L. Martin

**Author Created:** 2-Dimensional Artwork, Technical drawing

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1958

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Robert L. Martin

P.O Box 742, Liberty, MS, 39645

## Certification

**Name:** Robert L. Martin

**Date:** July 30, 2009

---

**Correspondence:** Yes

**Copyright Office notes:** Regarding title information: Useful article per se not copyrightable;
registration based on separable, registrable authorship claimed in
application. 17 U.S.C. 101, definitions of "Pictorial, graphic and
sculptural works" and "useful article."

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-145-254**

**Effective Date of Registration:**
April 27, 2018

---

## Title

**Title of Work:** My pair phone talk I know you u know me trying to keep each othe safe and living and reliving thinking - PUBLICATION AS A CONTRIBUTION - Waston is build from py paper. I was claim some of waston a precent of it go to me u nother one got to be build thing that come in a pair

## Completion/Publication

**Year of Completion:** 2006
**Date of 1st Publication:** January 07, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Robert L. Martin
  **Author Created:** text
  **Citizen of:** United States
  **Year Born:** 1958

## Copyright Claimant

**Copyright Claimant:** Robert Lee Martin
3995 McClain Road, Liberty, Miss, 39645

## Certification

**Name:** Robert L. Martin
**Date:** April 12, 2018

---

**Correspondence:** Yes

We wonder why you hole my knowledge from my black people, my knowledge must be to smart for the people that wont some and you are holeing me back also. Robert L. Martin

Page 1 of 1



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**OFFICE OF THE CLERK**

*MEMORANDUM*

---

**TO:**     Robert Martin
            3995 McClaim Road
            Liberty, MS  39645

**FROM:**   Arthur Johnston, Clerk          **DATE:**   April 16, 2019
            By:  Deputy Clerk

**SUBJECT:**   Your letter


This memorandum is written in response to receipt of your letter referenced above.

It is unclear what you are asking this office.  Please provide this office with your

case number.  CIVIL ACTION NO 5:18-CV-73-DCB-MTP

This is to judge over my case It take to to solve
this case One Name is Michael T. Parker do not
twisted the case up, are Lie/


Enc.

Why are I am in to united States District
Court Southern District of mississippi
Offic of The Clerk. And all of my application
are in the UNITED STaTe DistRict Court SouTHERN
DisTRicT OF missISSIPPI WesteRN DiviSon

*Pro-Se Form P-11*

Case 5:18-cv-00073-DCB-MTP Document 12 Filed 05/01/19 Page 5 of 26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT L. MARTIN                                        PLAINTIFF

VS.                        CIVIL ACTION NO. 5:18-cv-73(DCB)(MTP)

IBM CORPORATE HEADQUARTERS, ET AL.                    DEFENDANTS

<u>ORDER</u>

THIS MATTER is before the Court <u>sua sponte</u> to address the plaintiff Robert L. Martin's failure to prosecute this action and his failure to comply with this Court's orders.

On July 5, 2018, the plaintiff filed his action, but he failed to serve the defendants within 90 days as required by Fed.R.Civ.P. 4(m). Accordingly, on October 11, 2018, Magistrate Judge Michael T. Parker entered an Order (docket entry 3) directing Martin to serve the defendants on or before November 12, 2018. Magistrate Judge Parker warned Martin that this action could be dismissed if he did not complete service by that date.

The plaintiff failed to serve any of the defendants by November 12, 2018. Instead, on November 27, 2018, Martin filed a letter (docket entry 4) requesting additional time to serve the defendants because he had not retained an attorney. On November 29, 2018, Magistrate Judge Parker entered an Order (docket entry 5) finding that Martin had not shown good cause for an extension. The Magistrate Judge noted that Martin must serve the defendants whether or not he is represented by counsel. Nevertheless,

Magistrate Judge Parker granted Martin a "final brief extension of time to serve process," and ordered Martin to properly serve the defendants and file a proof of service on or before December 14, 2018. Martin was warned that "[i]f service is not perfected and proof thereof filed with the Court by December 14, 2018, the case may be dismissed without prejudice pursuant to Rule 4(m) and without further notice."

To date, the plaintiff has not filed a proof of service, nor has he had a summons issued. Fed.R.Civ.P. 4(m) states that "[i]f a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Additionally, pursuant to Fed.R.Civ.P. 41(b), a trial court has discretionary authority to dismiss an action sua sponte for the plaintiff's failure for the plaintiff's failure to prosecute or comply with any order of the court. See Link v. Wabash R.R. Co., 370 U.S. 626, 629-30 (1962); Larson v. Scott, 157 F.3d 1030, 1031 (5th Cir. 1998).

The power of the courts "to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to ... clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief ... so as to achieve the orderly and expeditious

Case 5:18-cv-00073-DCB-MTP Document 12 Filed 05/01/19 Page 7 of 26

disposition of cases." <u>Link</u>, 370 U.S. at 629-31; <u>see also</u> <u>Lopez v.</u> <u>Aransas County Indep. Sch. Dist.</u>, 570 F.2d 541, 544 (5th Cir. 1978)(discussing trial court's Rule 41(b) discretionary authority).

Inasmuch as the plaintiff has failed in his obligation to prosecute this action and comply with the Court's orders, the Court shall dismiss this action without prejudice pursuant to Federal Rules of Civil Procedure 4(m) and 41(b).

IT IS THEREFORE ORDERED THAT:

(1) This action is DISMISSED WITHOUT PREJUDICE;

(2) A separate Judgment in accordance with Federal Rule of Civil Procedure 58 will be filed herein.

SO ORDERED, this the 16th day of April, 2019.

David Bramlette_____<br>
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT L. MARTIN, PRO SE           )
PLAINTIFF                          )
                                   )      CIVIL ACTION NO.
v.                                 )      **5:18-CV-73-DCB-MTP**
                                   )
IBM CORPORATE HEADQUARTERS, ET. AL. )
DEFENDANTS                         )

---

**PROOF OF SERVICE**

---

I , the undersigned, Pro Se Plaintiff, do hereby certify that I have this date served a true

and correct copy of this Complaint to the affected Parties, Defendants via First Class U. S. Mail

to: IBM Corporate Headquarters, 1 New Orchard Road, Armonk, NY 10504-1722; IBM Baton

Rouge, 100 North Street, Baton Rouge, LA 70802; Author House Publishing Company, 1663

Liberty Drive, Bloomington, IN 47403.

Date: _____          _____
                                         Signature of Plaintiff, Pro Se
                                         Address: 3995 McClain Road
                                               Liberty, MS 39645
                                         Telephone: (601) 807-0628

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi ▾

| | | |
|---|---|---|
| Robert L. Martin | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 5:18-CV-73-DCB-MTP |
| v. | ) | |
| IBM Corporate Headquarters, ET. AL. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IBM Corporate Headquarters, 1 New Orchard Road, Armonk, New York  10504-1722,
Telephone: (914)-765-1900

IBM Baton Rouge Rouge, 100 North Street, Baton Rouge, LA 70802

Aurthor House Publishing Company, 1663 Liberty Drive, Bloomington, IN 47403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert L. Martin, Pro Se
3995 McClain Road
Liberty, MS 39645
Telephone: (601) 807-0628

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Asking Questions

A Motion that are Very complex

To The Judge Of the court to ~~the~~ Robert
Martin a Lawyer I think that will be the
Way to carry the Case to a Lawyer and Let
the Lawyer represet the case to Speak to the
Court about Robert Martin appointed of Litigation
in the practice on the application that are in
use of an Idea belief or method as it re lating
to the Court Of Law. I Robert Martin has try to
find a attorney to put this proof of my claim in
to action. Civil Action. No 5:18-CV-73-DCB-MTP
I the undersigned. pro se Plaintiff need Some
help with all of this that are comming at me
The IBM CorPoRate HEADQUARTERS ET, AL
DEFENDANTS. what I am saying I need the court
to point a attorney to this case in the united St-
ATES DISTRICT COURT For The SOUTHERN DISTRICT
Of MISSISSIPPI WESTERN DIVISON SO I am
complaint about this case of Matter that
are before the Court. We are asking the Court
about a pre cent of waston go to me form IBM

We need a attorney that can work on this case now and when he get IBM to pay some of the money then he can get his part out when they pay us. maybe I need a attorney to look in to the Post Office what happy to the mail that we sent to IBM? It seen like they was the only company did not get my mail. To me that seem so wrong to hose are theft the mail was ID protection I though so they make me lose my case I need to start oven with a law firm PLLC that the court hear me. We are looking for the best of the best we are not looking for no sell out and get the money and run off with all of it.

I hope the U.S law are hear to help me and not my Enemy. It's hard for me to unstand that the U.S Post Office let the mail be lose you say the government is for the people and by the people. In this world It says In god we trust so who can I trust in the US government application for rights of the law, for all people and I bring to the judge the true, I hope we are not working with a hidden hand. White man you need to get it right. Stop holing black people back. Government white. If this dose not become right this is a act of war against the black man.

What dose the Court think about this case
In the mississppi Court are Law. This case
need more than just mississppi Law to make
a motion on The Face Looking Company
this is all the people in the world that has a
face and Looking. What country has the
highes bidder for this title are names.

The face Looking Company you make have
taken picture for a Longtime al go. But now we put
picture in to Iphone and you wont to call It
Facial recognition are face recognition, pait the
one that has the copy right to all that you are
trying to steal. ID photo was never on your
phone, It came when we sent It to IBM under
Computer Smart Smell and Tell from Robert
martin — we need a Lawyer but not a state Lawyer
he is only for the state and what every the Court said
the Lawyer is not on my side. He is for the state court
I need some one that are Looking for the true
in my case and not a Lie. I am the true, hear
It is I am The Face Looking Company come clean
White man we no how free the black man
Joseph Stalin

We the people tell you again that we sent proof of service in a oder of from and the case was not here in the mississippi court of the rule. I the under signed, pro se plaintiff, do hereby sent certify letters at the time the court gave to me and we sent it to the court on time and to IBM on time. What happy to this mail? was not my Robert I hope you can save that with are lost in your possession of your government mail and I am trying to live in a government that not doning right by the people, what kind of government are you, under true. How can I Robert Martin functions in untrue, when will the government come from under false on this case accordance to the fact you are in the false or incorrect.

People that wont to have a bigdream you are not faitful for them. I hope there are forgiving me. and compensate me for what I no to be the true on paper and in the world.

A poor man ride to the top. Do you no how your government work Do it work for me are it dose not. Some is wrong It was not my Robert Martin fault

4-15-2019

N/W Pair of Thing

Hello

= I do not no how to Put this together to help
Black people be the best we are, with out holing me back
with all my ways that can not get in the World though the
text of comming from black people. I need my on money
black money then I can put all of my Ideals in the World
and I will not need to go through any other Company to
my thing made in the World or technology and my Scientific
knowledge for my application. Seem to me I am block by
the application of other that dose not no and they learn from
my paper work and build my Ideal and use It in
the world are all over the world. I need to Sell back
Ideal all over the world, but some one esle is doning
It, seen like I am block and can not get to build
my on, I only has to get you to do this for me.
Why I am I block we have all kind of technlogy to put
in your world, that is the way We see as of to day. Its
your way are no way. The face Looking Company what
way was you Looking at this company, you did not have
a Ideal of this happy  The face Looking company or people
The face Looking Company of meang thing. The book

4-19-2019

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 19 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

FROM Robert Martin
          To the United States District Court
for the Southern District Of mississippi
Western Divison ( Civil Action No. 5:18-CV-DCB
-MTP.

Robert L. Martin, PRo S E
  Plaintiff
        V.
IBM Corporate HEADQUARTERS, ET.AL.
  DEFENDANTS
                  PRoof of SERViCe
                  Respond to The Close Case
This Matter was before the Court sua sponte
and I Robert L Martin are trying to tell the
Magistrate Judge Michael T. Parker that
has warned Martin that this action could be
dismissed if he did not complete service by that
date. mr Judge Parker We are hear for you to
granted Martin more time to File a case with
the Liberty, Mississippi Post Office because Some
One has hack the mailing of all of My Letter
to the Company. I BM Corporate HeaD QuaRTERS.
and here are Proof of the mail that did not get
to the right company, what is it to do when we are
trying to send a letter to the hacker.

No We are not trying to Send No Letter no were but to the Company, so that can respond to the information that We need For the Court. So I have to sue the Post Office of Liberty Mississppi are post office for Lost mail are What? I am Lost and need help from you all to give me the right and requesting a investagation Of what happy. and additional time to fine are filed a Letter retained to this case. What case are you talking about. maybe I am not saying this right. The case that are close need to be reopen. and the case that are Pending in the post Office and hear are Some copy of the Letter were the cartified mail Went to USPS Tracking Intranet Tracking Number Result. product Tracking & Reporting and hear are my Case Number from the post office - CA 142648566 Hear is the company address and the did not go hear IBM Corparate 1 New Orchard Rd Armonk. NY 10504 · 1722 Were are my mail that I Send to IBM.

Thank
From
Robert

4-18-2019



Profile
Case Info
Case Notes
Messages
Attachment
History
Actions

**Case Summary:**

| | |
|---|---|
| Case ID: | CA142648566 |
| Contact Preference: | Phone |
| Primary Phone: | 601-807-0628 |
| E-Mail Address: | |
| Source Code: | 1-800-ASK-USPS |
| Address 1: | 3995 MCCLAIN RD |
| Address 2: | |
| City: | LIBERTY |
| State: | MS |
| ZIP Code™: | 39645-7109 |

| | |
|---|---|
| Case Owner | 1370401 |
| Case Status: | Working |
| Title: | |
| Customer Name: | Mann, Robert |
| Repeated Case IDs: | - none - |
| Date Created: | 04/16/2019 |
| Due Date: | 04/19/2019 |
| Urgent: | |

**Clarifying Details**

| | |
|---|---|
| Inquiry Type: | Personnel |
| Category: | Letter Carrier |
| Additional Detail: | |

| | |
|---|---|
| Involved: | |
| Detail: | |

**Clarifying Questions**

| | |
|---|---|
| *I have a Compliment:* | Not Applicable |
| *I have a Complaint:* | Not Applicable |
| *Do You Know the Carrier's Name:* | N/A |
| *Where Did the Incident Occur:* | Facility Name: ARMONK |
| | Office Type: Station |
| | Street: 403 MAIN ST |
| | City: ARMONK |
| | State: NY |
| | ZIP code™: 10504-7000 |
| | Urbanization: |
| *Date of Incident or Best Guess:* | 04/16/2019 |

Additional Information   9590940244708248697533 This customer is concerned and not happy about the fact this is the second time he sent a Certified with a return receipt and the return receipt came back without a signature. This is what he paid for.

Print

Profile
Case Info
Case Notes
Messages
Attachment
History
Actions

### Case Activity History

| Activity | Date/Time | By |
|---|---|---|
| Ticket 142648566 created. [US/Central] | 04/16/19 09:15 AM | KBKXV0 |
| Assigned To User 1370401 [US/Central] | 04/16/19 09:15 AM | System Workflow |
| First Contact [Spoke with Customer] [US/Central] | 04/17/19 08:49 AM | G2YJKC |
| < < Previous | Record(s) 1 to 3 of 3 | Next > > |

### Self Service History

| Date/Time | Solution Title |
|---|---|
| | |

Current Facility: LIBERTY(1370401) ⌄          Change Facility

**My Assigned Cases**

My Assigned Cases ⌄   Print

| Date Created | FC | Due Date | !! | Customer Name | Source Code | Status | Case Id | Select |
|---|---|---|---|---|---|---|---|---|
| 04/18/2019 | ✓ | 04/19/2019 | | Martin, Robert | 1-800-ASK-USPS | Working | CA142848568 | |
| << Previous | | | Record(s) 0 to 1 of 1   (Total cases: 1) | | | | Next >> | |

**Open Requests for Assistance**

| Case Due Date | ! | Date Requested | Source Code | Status | Case Id | X |
|---|---|---|---|---|---|---|

**My Office (LIBERTY) at a Glance**

Show Metrics

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to:<br><br>IBM Corporate<br>1 New Orchard Rd<br>Armonk, NY 10504-1722 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>Case Number<br>FA142648566 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4470 8248 6975 33 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 2. Article Number *(Transfer from service label)*<br>7017 1070 0000 6145 8692 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



USPS TRACKING #

590 9402 4470 8248 6975 33

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

States
Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Robert Martin
3995 Mc Clain Rd
Liberty MS 39645
CA 142648566

39645-710995

USPS Tracking Intranet

Help

## Product Tracking & Reporting

UNITED STATES POSTAL SERVICE.

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | April 19, 2019 |

### USPS Tracking Intranet Tracking Number Result

> 1. On 3/31/19, PTR changed the event description on all versions of the intranet tracking results for consistency. E.g., on the container results page, the U1 event was UNLOAD but now reflects ARRIVE USPS FACILITY. The change is for the description only.
> 2. "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service.
> Updated: 4/18/19

Result for Domestic Tracking Number 7017 1070 0000 6145 8692

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|----------|--------|-------|
| 105041725 | ARMONK | NY |

**Origin**

| ZIP Code | City | State |
|----------|---------|-------|
| 396459998 | LIBERTY | MS |

### Tracking Number Classification

#### Class/Service

| | |
|---|---|
| Class/Service: | First-Class Certified Mail |
| Class of Mail Code/Description: | FC / First Class |

#### Destination Address Information

| | |
|---|---|
| Address: | 1 NORTH CASTLE DR |
| City: | ARMONK |
| State: | NY |
| 5-Digit ZIP Code: | 10504 |
| 4-Digit ZIP Code add on: | 1725 |
| Delivery Point Code: | 99 |
| Record Type Code: | Building/Apartment |

#### Origin / Return / Pickup Address Information

| | |
|---|---|
| Address: | |
| City: | |
| State: | |
| 5-Digit ZIP Code: | 39645 |
| 4-Digit ZIP Code add on: | 9998 |

#### Service Delivery Information

| | |
|---|---|
| Service Performance Date: | Expected Delivery by: Friday, 04/12/2019 by 8:00pm |
| Network Predicted Delivery Date: | Friday, 04/12/2019 |
| Delivery Option Indicator: | 1 - Normal Delivery |
| Zone: | 06 |
| PO Box: | N |
| Other Information: | Service Calculation Information |

#### Payment

| | |
|---|---|
| Payment Type: | Other Postage |
| Payment Account Number: | 000000000000 |
| Postage: | $1.15 |
| Weight: | 0 lb(s) 2 oz(s) |
| Rate Indicator: | SINGLE PIECE - FLAT |

#### Other Information

| | |
|---|---|
| Related Product: | 9590 9402 4470 8248 6975 33 |

Agent Information

USPS Tracking Intranet

**Extra Services**

**Extra Services Details**

| Description | Amount |
|---|---|
| Certified Mail | $3.50 |

**Events**

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| TRACKING INQUIRY, CALL CENTER | VT | 04/16/2019 | 09:08 | LIBERTY, MS 39645 | Customer Driven Activity | | | 04/16/2019 09:09:35 | Request Delivery Record |
| TRACKING INQUIRY, CALL CENTER | VT | 04/16/2019 | 09:08 | LIBERTY, MS 39645 | Customer Driven Activity | | | 04/16/2019 09:09:36 | |
| TRACKING INQUIRY, CALL CENTER | VT | 04/16/2019 | 09:08 | LIBERTY, MS 39645 | Customer Driven Activity | | | 04/16/2019 09:09:36 | |
| TRACKING INQUIRY, CALL CENTER | VT | 04/16/2019 | 09:08 | LIBERTY, MS 39645 | Customer Driven Activity | | | 04/16/2019 09:09:35 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/15/2019 | 12:16 | | System Generated | | | 04/15/2019 11:28:34 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/14/2019 | 12:16 | | System Generated | | | 04/14/2019 11:31:33 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/13/2019 | 12:16 | | System Generated | | | 04/13/2019 11:28:34 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/12/2019 | 12:16 | | System Generated | | | 04/12/2019 11:26:34 | |
| ENROUTE/PROCESSED | 10 | 04/11/2019 | 20:16 | WHITE PLAINS, NY 10610 | Scanned | AFSM100 -003-2 | | 04/11/2019 19:25:37 | |
| ENROUTE/PROCESSED | 10 | 04/11/2019 | 13:02 | WHITE PLAINS, NY 10610 | Scanned | AFSM100 -002-2 | | 04/11/2019 12:11:35 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/10/2019 | 12:31 | | System Generated | | | 04/10/2019 12:44:34 | |
| DEPART POST OFFICE | SF | 04/09/2019 | 18:31 | LIBERTY, MS 39645 | System Generated | | | 04/09/2019 15:54:32 | Closeout Label ID: CT13 7040 1500 1904 0916 4600 000 |
| ACCEPT OR PICKUP | 03 | 04/09/2019 | 09:04 | LIBERTY, MS 395459998 | Scanned | POS | Destined to route C007 | 04/09/2019 09:38:36 | Facility Finance Number: 274303 |

Enter up to 35 items separated by commas.

Select Search Type: [Quick Search ▾]    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 19.2.4.0.11

Help

**Product Tracking & Reporting**

UNITED STATES
POSTAL SERVICE.

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | April 19, 2019 |

## USPS Tracking Intranet Tracking Number Result



1. On 3/31/19, PTR changed the event description on all versions of the intranet tracking results for consistency. E.g., on the container results page, the U1 event was UNLOAD but now reflects ARRIVE USPS FACILITY. The change is for the description only.
2. "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service.
Updated: 4/18/19

### Result for Domestic Tracking Number 9590 9402 4470 8248 6975 33

| Destination and Origin |
|---|

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 39645 | LIBERTY | MS |

**Origin**

| City | State |
|---|---|

| Tracking Number Classification |
|---|

**Class/Service**

| Class/Service: | Domestic Return Receipt PS3811 Green Card |
|---|---|
| Class of Mail Code/Description: | FC / First Class |

**Destination Address Information**

| Address: | 3995 MCCLAIN RD |
|---|---|
| City: | LIBERTY |
| State: | MS |
| 5-Digit ZIP Code: | 39645 |
| 4-Digit ZIP Code add on: | 7109 |
| Delivery Point Code: | 95 |
| Record Type Code: | Street Record |
| Delivery Type: | Residential, Sidewalk |

**Origin / Return / Pickup Address Information**

| Address: | |
|---|---|
| City: | |
| State: | |
| 5-Digit ZIP Code: | 10504 |
| 4-Digit ZIP Code add on: | 1725 |

**Service Delivery Information**

| PO Box: | N |
|---|---|

**Payment**

| Weight: | 0 lb(s) 0 oz(s) |
|---|---|

**Other Information**

| Related Product: | 7017 1070 0000 6145 8892 |
|---|---|

Agent Information

| Extra Services |
|---|

**Extra Services Details**

| Description | Amount |
|---|---|
| USPS Tracking | |
| Return Receipt | $2.80 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| TRACKING INQUIRY, CALL CENTER | VT | 04/16/2019 | 09:07 | LIBERTY, MS 39645 | Customer Driven Activity | | | 04/16/2019 09:08:38 | |
| TRACKING INQUIRY, IVR | VT | 04/16/2019 | 08:55 | | Customer Driven Activity | | | 04/16/2019 08:56:33 | |
| DELIVERED, IN/AT MAILBOX | 01 | 04/15/2019 | 13:49 | LIBERTY, MS 39645 | Scanned | MDD 15102D80AD (interface type - wireless) | Scanned by route 9645R004 | 04/15/2019 13:55:33 | GEO Location Date Available Facility Finance Number: 274303 |
| ENROUTE/PROCESSED | 10 | 04/12/2019 | 19:01 | WHITE PLAINS, NY 10810 | Scanned | AFCS200-023- | | 04/12/2019 18:04:33 | |
| RETURN RECEIPT ASSOCIATED | GC | 04/09/2019 | 09:04 | LIBERTY, MS 39645 | System Generated | | | 04/09/2019 09:44:32 | |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 19.2.4.0.11

and how dose you Make It right for me? I see
what be happying, you take me down and you get
my money and you can Live off my money, Some thing
that is not the right way, you make your money and
heave my money a long. You and your government
went to collage and all kind of School and this is
what your government Learn. This dose not make you
Smart. this make you dome, because the world know
every thing and no man are woman can hide any thing
in this world. maybe my word are not for u are your
government are my Ideal are Invention that I put together
for the world of people to beable to see for them-self.
    I am the man beyond my self with the words that
you can see in the time that I am hear and the hole world
hole part of me in It. The world has all kind of part and
It's separate a forming of me as apart or by It self,
    I will give back to the people in the world Let me
be the one that give my money to who I Like to give
It to. I came hear to bring in the world Smart thing
that tell how thing work. O you are mad now what are
you mad about? I am the One are not get my justice
are there any justice for a black man this dome.
If I Smart It will offended in some type or way,
were are the black government
Here are the government white