IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISON

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 12 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

Thank To The judge,

Hello my name is Robert L. Martin I am trying to get back in the judge court of law room. We have a case pending in jackson miss. against IBM, are a judgement in a computer smart smell and tell taking device, are a phone.

This judgement was stop by Robert L. Martin because IBM was not sevice because the US postal service Lost the mail to IBM did not recive the mail the first time we send It to IBM the proof of service. The mail was deliver this time and hear or the proof the sign Green card, and I file a application with the us postal service telling them why did they Lose my mail? Did not no.

The judge can move forward with this case as I speak to you on paper CIVIL ACtion No. 5,18-CV-00073-DCB-MIP Robert L. Martin, PROSE PLAINTIFF V. IBM CORPORATE HEADQUARTERS. ET, AL. DEFENDANTS

I am trying to fine a way to open my Patent case that is on file with the patent office court of mississippi.

Robert Martin
Robert Martin

SWORN TO AND SUBSCRIBED BEFORE ME this 11 day of March, 2020
JANA CAUSEY, CHANCERY CLERK
BY _____ D.C.
My Commission Expires: January 1, 2024
pg.1

**Product Tracking & Reporting**

Help

USPS UNITED STATES POSTAL SERVICE

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | January 18, 2020 |

### USPS Tracking Intranet
### Delivery Signature and Address

Tracking Number: EE35 3932 789U S

This item was delivered on 01/16/2020 at 10:38:00

< Return to Tracking Number View



Signature: [signed] Jean B. Toussaint

Address: TBM

Enter up to 35 items separated by commas.

Select Search Type: Quick Search    [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 20.2.1.0.0

[signature: Robert Mast]

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse/deliverySignatureAndAd...    1/18/2020

Hey
are
Hello To The Copy right in the UNITED STATES copyright OFFICE James Madison Memorial Building 101 Independence Avenue SE Washington, DC 20559-6000 My name is Robert Lee Martin and I am writing to the Right of mine to the Form TX For a Nondramatic Literary work UNITED STATES copyright office Rigistration Number ___ IX ___ IXU ___ Mouth ___ Day ___ years This is the day that I am sending the form to be copyright 03-09-2020 Computer did not have a voice at one time, in the 1900 to 2006 and through to the 2010 the computer Smart start moving the talking out the computer name Waston From the Science Behind Watson - IBM - United States putting watson to Work - IBM - United States and the Author Robert Lee Martin IBM Newsroom -2012-12-17- and published on Jan. 6-2014 Event Jan 9 in New York. Robert Lee Martin was the science to help build talking Waston Computer smart smell and tell and talking smart phone. This is coming From the same name that wrote the book, The Face Looking Company. I am not Looking to Change your name to the way you build waston IBM and the United States It will remain the way you all unveiled a list of innovations I am only trying to get some are my per-cent are my part that I sent to IBM to build the talking Phone.
And my part for my book that are call sale and Royalties 03-11-2019.06:53 PM CDT And a patent Number what are you goning to do about this case

PLAINTIFF

CIVIL ACTION NO: 5:18cV73-DCB-MTP

D. IBM CORPORATE HEADQUARTERS, et al,
Defendants.

I say Hello again to say this no attorney will take this case for me Robert Lee Martin are only looking for prays that this court in the interest of justice and fairness will grant this request I know I did the best thing in the world with your help. IBM computer smart smell and tell - Google Search to give me the answer ok good on the Google Search my book are in the hand are company online, Let me give you a few name of the company on line that have the book as the best seller of book Barnes & Noble, Amazon.com Flipkart Google Books Ipay+M Mall AbeBooks' Product, ISbn WHSmith, UK https://books.google.com> books https://books2search.com. the face (ebook) Dymocks > au Amazon>jp >face hooking company Thank To All That did There Part to make This True come Hear Soon. Book ID C-2358053

I am Looking for a check part of the phone talking Part of the smell and tell all of the book royalties tell the computer smart start moving. The overall Intention has more than one discovery also known as Simultaneous invention is the hypothesis that most scientific I discoveries in your smart talking phone

The court ask me about a number, but did not tell us what number they was requiring about I guest It may be this number 20131DSRM2NU Robert Martin Smell And Tell on a attorney Docket NO, First Name Inventor Robert Martin on Paper Useful article per se not copyrightable; registration based on separable.registrable authorship claimed in application 17 US.C 101, definitions of "pictorial, graphic and sculptural Work" and useful article. Registration Number VA1-715-212 August 14. 2009 Certificate of Registration of copyright United States of America. Are they was looking for the patent Number that I do not have. But I do have Certificate of Registration Number VA 2-145-254 Effective Date Registration: April 27-2018

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX    TXU

EFFECTIVE DATE OF REGISTRATION

Month    Day    Year

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1** TITLE OF THIS WORK ▼ SMeLL AND TELL
The Number is 20131DSRM2NU

PREVIOUS OR ALTERNATIVE TITLES ▼ Computer SMart SMell and Tell and Talk

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
It tell Where your Location is  IBM Talking Phone waston

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼ 3-24-2014   On Pages ▼

---

**2 a** NAME OF AUTHOR ▼ Robert Lee Martin

DATES OF BIRTH AND DEATH
Year Born ▼ 05-20-1958    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of USA
OR Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☑ Yes  ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ In my copyright I said a Iphone can talk I said that on paper 7-30-2009 when I got the Paper

**b** NAME OF AUTHOR ▼ Robert Lee Martin

DATES OF BIRTH AND DEATH
Year Born ▼ 05-20-1958    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of USA
OR Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ This is more than one Invention they said a art field of the Invention

**c** NAME OF AUTHOR ▼ Robert Lee Martin

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of USA
OR Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ Copy right Number VA 1-715-212 Effective date of registration August 14, 2009

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2012/02/17 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month 7  Day 30  Year 2014   Nation _____

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert Lee Martin
3995 McClain Road
Liberty, Mississippi 39645

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
The First one to write the copyright office about a talking phone smell and tell

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ VA1-715-212   Year of Completion 2006   Year of Registration ▶ August 14, 2009

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼ On a IBM Waston publication as contribution - Waston is build from py paper I claim some of waston a precent of it go to me publication 1-7-2012

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ you that aIphone can talk like a man are a woman I told application It know the English Learning Language and smell and tell 17 us telling the computer what to do. Registration Number VA 2-145-254   101

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.
Name ▼   Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert Lee Martin
3995 McClaim Road
Liberty, Mississippi 39645

Area code and daytime telephone number ▶ 601-807-0628   Fax number ▶
Email ▶ Sweetroog@yahoo.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert Lee Martin   Date ▶ 03-09-2020

Handwritten signature ▼
Robert Lee Martin

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ Robert Lee Martin |
|---|---|
| | Number/Street/Apt ▼ 3995 McClaim Road |
| | City/State/Zip ▼ Liberty, Mississippi 39645 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office-TX
101 Independence Avenue SE
Washington, DC 20559

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX-Full   Reviewed: 07/2012   Printed on recycled paper

US Government Publishing Office/2018-403-756/80,023

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX     TXU
EFFECTIVE DATE OF REGISTRATION

Month     Day     Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
The Face Looking Company

PREVIOUS OR ALTERNATIVE TITLES ▼
The Beginning Love walk Around The w[orld]

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼ Computer smart smell and tell and talking Phone That IBM ins 2010??? Waston

my book  If published in a periodical or serial give: Volume ▼  Number ▼  Issue Date ▼ 2017  On Pages ▼ 1-113
ISBN 978-7-5246-2630-3  52399  9 781524 626303

**2 a** NAME OF AUTHOR ▼
Robert L. Martin

DATES OF BIRTH AND DEATH
Year Born ▼ 5-20 1958  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States A.
     Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

IBM NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ Computer smart smell and tell and talking Phone Robert L. Martin Created field applicatio[n]

**b** NAME OF AUTHOR ▼
Robert Lee Martin

DATES OF BIRTH AND DEATH
Year Born ▼ 5-20-1958  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States A.
     Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

IBM NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ Computer smart smell and tell and talking phone Robert L. Martin Created field applicatio[n]

**c** NAME OF AUTHOR ▼
Robert L. Martin

DATES OF BIRTH AND DEATH
Year Born ▼ 5-20-1958  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States A.
     Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

IBM NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ Waston came un[der] the computer smart smell and tell talking phone and The Face Looking company

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2010 Waston Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month August  Day 02  Year 2017
Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert Lee Martin
3995 McClain Road
Liberty, Mississippi 39645

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Certificate of Registration VA1-715-212
August 14-2009

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.   · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM TX

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ TXu2-090-097   12-13-2016
VA1-715-212   Year of Registration ▶ August-14-2009

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼ To IBM computer smart smell and tell and talking phone are device call Waston microsoft AI Transforming Business

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Title of This work computer smart smell and tell and talking previous or Alternative Titles watson computer watson and the jeopardy Challenge IBM's watson supercomputer Destroys Humans in jeopardy

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.
Name ▼                                Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert Lee Martin
3995 McClain Road
Liberty, Mississippi 39645

Area code and daytime telephone number ▶ 601-807-0628     Fax number ▶
Email ▶ sweetr008@yahoo.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert Lee Martin                              Date ▶ 3-9-2020

Handwritten signature ▼
Robert Lee Martin

Certificate will be mailed in window envelope to this address:

Name ▼ Robert Lee Martin
Number/Street/Apt ▼ 3995 McClain Road
City/State/Zip ▼ Liberty, Mississippi 39645

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office-TX
101 Independence Avenue SE
Washington, DC 20559

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX-Full   Reviewed: 07/2012   Printed on recycled paper                US Government Publishing Office/2018-403-756/80,023

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Teale*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-145-254**

**Effective Date of Registration:**
April 27, 2018



## Title

**Title of Work:** My pair phone talk I know you u know me trying to keep each othe safe and living and reliving thinking - PUBLICATION AS A CONTRIBUTION - Waston is build from py paper. I was claim some of waston a precent of it go to me u nother one got to be build thing that come in a pair

## Completion/Publication

**Year of Completion:** 2006
**Date of 1st Publication:** January 07, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Robert L. Martin
  **Author Created:** text
  **Citizen of:** United States
  **Year Born:** 1958

## Copyright Claimant

**Copyright Claimant:** Robert Lee Martin
3995 McClain Road, Liberty, Miss, 39645

## Certification

**Name:** Robert L. Martin
**Date:** April 12, 2018

**Correspondence:** Yes

Page 1 of 1

Case 5:18-cv-00073-DCB-MTP   Document 14   Filed 03/12/20   Page 11 of 13



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX _____   TXU _____
EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1** TITLE OF THIS WORK ▼
The Face Looking Company

PREVIOUS OR ALTERNATIVE TITLES ▼
The BEGINNING Love Walk Around The World

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼
Author House

If published in a periodical or serial give:  Volume ▼   Number ▼ 0-3-7   Issue Date ▼   On Pages ▼ 08-02-2017

---

**2 a** NAME OF AUTHOR ▼
Robert Lee Martin

DATES OF BIRTH AND DEATH
Year Born ▼ 05-20-1958   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☑ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
The Title of the book The Face Looking Company copyright all reserved

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Robert Lee Martin

DATES OF BIRTH AND DEATH
Year Born ▼ 05-20-1958   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☑ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
The Ideal are the book, and thing that are in the book on line

**c** NAME OF AUTHOR ▼
Robert Lee Martin

DATES OF BIRTH AND DEATH
Year Born ▼ 05-20-1958   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☑ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Company has this book on line on there Web Barnes & Noble

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given ONLY in all cases.
2017  Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month 08   Day 02   Year 2017
Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert Lee Martin
3995 McClain Road
Liberty, Mississippi 39645

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Robert Lee Martin

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ page

|  |  |
|---|---|
| EXAMINED BY | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ 2017911867   Year of Registration ▶ 08-02-2017

**6 DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼ Computer programs and Information works Identity Discovery talking Phone This book Identity People and plese and things Telling Computer

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
phone. Computer Smart smell and tell are working) The talking From my paper copyright, I am tell you in the book about my part of the Money from the book and IBM Corporate

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.
Name ▼        Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert Lee Martin
3995 McClaim Road
Liberty Mississippi 39645

Area code and daytime telephone number ▶ 601-807-0628    Fax number ▶
Email ▶ Sweetroos@yahoo.com

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
Robert Lee Martin    Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert Lee Martin       Date ▶ 03-9-2020

Handwritten signature ▼
Robert Lee Martin

**9 Certificate will be mailed in window envelope to this address:**
Name ▼ Robert Lee Martin
Number/Street/Apt ▼ 3995 McClaim Road
City/State/Zip ▼ Liberty, Mississippi 39645

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office-TX
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

US Government Publishing Office/2018-403-756/80,023

Form TX—Full   Reviewed: 07/2012   Printed on recycled paper

STATE OF MISSISSIPPI
COUNTY OF AMITE

Personally appeared before me, the undersigned authority at law in and for said county and state, on this 11th day of March, 2020, within my jurisdiction, the within named **Robert Lee Martin**, who acknowledged that he executed the above and foregoing document on the day and year therein mentioned.

_____
NOTARY PUBLIC

My Commission Expires:

_____

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 118652, MARY L. BLALOCK, Commission Expires Dec. 21, 2020, LINCOLN COUNTY]